IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VOTE!, et al.,

    *Plaintiffs*,

v.                                                              Case No. 6:25-cv-1980

CITY OF DAYTONA BEACH, et al.,

    *Defendants*.

_____/

## **NOTICE OF APPEARANCE**

Randall M. Raban gives notice of his appearance on behalf of the City of Daytona Beach in the above-styled action, and requests that all papers filed in this case be served upon him.

Dated: October 23, 2025                                     Respectfully submitted,

/s/ Randall M. Raban
Randall M. Raban (FBN 1055100)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938
rraban@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for the City of Daytona Beach*

1

## CERTIFICATE OF SERVICE

I certify that on October 23, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Randall M. Raban
Randall M. Raban