IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VOTE!, et al.,

    *Plaintiffs*,

v.                                                                Case No. 6:25-cv-1980

CITY OF DAYTONA BEACH, et al.,

    *Defendants*.

_____/

## CITY OF DAYTONA'S DISCLOSURE STATEMENT

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒ No.
    ☐ Yes, and
        ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: .
        ☐ The filer has no parent corporation.
        ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☒ No.
    ☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

    a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

        ☐ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☐ No.
☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☐ No.
☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

☐ No.
☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

☐ No.
☐ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f. Has the filer identified any natural person?

☐ No.
☐ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company,

2

subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐    No.
☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

**Plaintiffs:**
VOTE!
Nicholas Sakhnovksy
Margaret McCalip
Josephine Pope
Gabrielle Adekunle
Victor Valentin

**Plaintiffs' Lawyers:**
ACLU Foundation of Florida, Inc.
Nicholas L.V. Warren
Daniel B. Tilley
Caroline A. McNamara

**Defendants:**
City of Daytona Beach
Lisa Lewis, in her official capacity as the Volusia County Supervisor of Elections

**Defendants' Lawyers:**
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
Mohammad O. Jazil
Randall M. Raban
Martin C. Wolk

**Other entities:**
American Civil Liberties Union of Florida, Inc.
American Civil Liberties Union
Volusia County Supervisor of Elections Office

4.    Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒    No.
☐    Yes, and this is the entity:

5. Is this a bankruptcy action?

    ☒    No.
    ☐    Yes, and the debtor is [].
    ☐    Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

    ☒    No.
    ☐    Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

    ☒    No.
    ☐    Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒    Yes.

Dated: October 23, 2025

Respectfully submitted by,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Randall M. Raban (FBN 1055100)
Martin C. Wolk (FBN 1065532)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
rraban@holtzmanvogel.com
mwolk@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for the City of Daytona Beach*

*Admission pending

## CERTIFICATE OF SERVICE

I certify that on October 23, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil