UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VOTE!, et al.,

    Plaintiffs,

v.                                      CASE NO.: 6:25-cv-1980-PGB-RMN

CITY OF DAYTONA BEACH, et al,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT LISA LEWIS, IN HER OFFICIAL CAPACITY AS SUPERVISOR OF ELECTIONS FOR VOLUSIA COUNTY

    PLEASE TAKE NOTICE of the appearance of Sarah Jonas, Esquire, Assistant County Attorney, as counsel in the above-referenced matter for Defendant Lisa Lewis, in her official capacity as Supervisor of Elections for Volusia County. Please serve copies of all papers filed in this case upon the undersigned.

Dated: October 24, 2025                                      Respectfully submitted,

                                                            /s/ *Sarah Jonas*
                                                        Sarah Jonas, Esq.
                                                        Assistant County Attorney
                                                        Fla. Bar No.: 115989
                                                        123 W. Indiana Avenue
                                                        DeLand, Florida 32720
                                                        (386) 736-5950
                                                        sjonas@volusia.org
                                                        vbustamante@volusia.org

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 24, 2025 the foregoing has been electronically filed with the Clerk of Court via the CM/ECF system which will send a notice of filing and an electronic copy to all counsel of record.

                                                        /s/ *Sarah Jonas*