IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VOTE!, *et al.*,

    *Plaintiffs*,

v.   Case No. 6:25-cv-1980-PGB-RMN

CITY OF DAYTONA BEACH, *et al.*,

    *Defendants*.

_____/

## JOINT MOTION FOR SCHEDULING CONFERENCE

Counsel for the parties have conferred regarding a briefing schedule for Plaintiffs' Time-Sensitive Motion for Preliminary Injunction (Motion), Dkt. No. 7, and request a 15-minute scheduling conference to discuss setting a briefing schedule and any hearing on the Motion (if one is necessary), and related scheduling matters.

Defendants' responses to the Motion are currently due November 3, 2025, so the parties request the scheduling conference be held as soon as practicable.

Respectfully submitted October 30, 2025,

| /s/ Nicholas L.V. Warren | /s/ Mohammad O. Jazil |
|---|---|
| Nicholas L.V. Warren (FBN 1019018) | Mohammad O. Jazil (FBN 72556) |
| Caroline A. McNamara (FBN 1038312) | Randall M. Raban (FBN 1055100) |
| Daniel B. Tilley (FBN 102882) | Martin C. Wolk (FBN 1065532)* |
| **ACLU Foundation of Florida** | **Holtzman Vogel Baran** |
| 4343 West Flagler Street, Suite 400 | **Torchinsky & Josefiak PLLC** |
| Miami, FL 33134 | 119 South Monroe Street, Suite 500 |
| (786) 363-1769 | Tallahassee, FL 32301 |
| nwarren@aclufl.org | (850) 270-5938 |
| cmcnamara@aclufl.org | mjazil@holtzmanvogel.com |
| dtilley@aclufl.org | rraban@holtzmanvogel.com |
| | mwolk@holtzmanvogel.com |
| *Counsel for Plaintiffs* | zbennington@holtzmanvogel.com |

1

*Counsel for the City of Daytona Beach*

\**Admission pending*

/s/ Sarah Jonas

Sarah Jonas (FBN 115989)
**Volusia County Attorney's Office**
123 West Indiana Avenue
DeLand, Florida 32720
(386) 736-5950
sjonas@volusia.org
vbustamante@volusia.org

*Counsel for Volusia County Supervisor of Elections*