IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VOTE!, et al.,

    *Plaintiffs*,

v.                                                          Case No. 6:25-cv-1980

CITY OF DAYTONA BEACH, et al.,

    *Defendants*.
_____/

## **NOTICE OF APPEARANCE**

    Valerie L. Chartier-Hogancamp gives notice of her appearance on behalf of the City of Daytona Beach in the above-styled action, and requests that all papers filed in this case be served upon her.

Dated: October 30, 2025          Respectfully submitted,

                                           /s/ Valerie L. Chartier-Hogancamp
                                           Valerie L. Chartier-Hogancamp (FBN 1011269)
                                           HOLTZMAN VOGEL BARAN
                                           TORCHINSKY & JOSEFIAK PLLC
                                           119 S. Monroe St. Suite 500
                                           Tallahassee, FL 32301
                                           (850) 270-5938
                                           vhogancamp@holtzmanvogel.com
                                           zbennington@holtzmanvogel.com

                                           *Counsel for the City of Daytona Beach*

## **CERTIFICATE OF SERVICE**

I certify that on October 30, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Valerie L. Chartier-Hogancamp
Valerie L. Chartier-Hogancamp
