IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VOTE!, *et al.*,

    *Plaintiffs*,

v.                                Case No. 6:25-cv-1980-PGB-RMN

CITY OF DAYTONA BEACH, *et al.*,

    *Defendants*.

_____/

## JOINT NOTICE OF SUPERVISOR OF ELECTIONS' LIMITED PARTICIPATION AGREEMENT

Plaintiffs and Defendant Volusia County Supervisor of Elections Lisa Lewis give notice that they have entered into the attached agreement regarding the Supervisor's limited participation in this case.

Respectfully submitted November 6, 2025,

/s/ *Nicholas L.V. Warren*

Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

*Counsel for Plaintiffs*

/s/ *Sarah Jonas*

Sarah Jonas (FBN 115989)
Assistant County Attorney
**Volusia County Attorney's Office**
123 West Indiana Avenue
DeLand, Florida 32720
(386) 736-5950
sjonas@volusia.org
vbustamante@volusia.org

*Counsel for Volusia County Supervisor of Elections*