UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VOTE!, et al.,

       Plaintiffs,

v.                               CASE NO.: 6:25-cv-1980-PGB-RMN

CITY OF DAYTONA BEACH, et al,

       Defendants.

_____/

**DEFENDANT LISA LEWIS, IN HER OFFICIAL CAPACITY AS
VOLUSIA COUNTY SUPERVISOR OF ELECTIONS'
ANSWER TO PLAINTIFFS' COMPLAINT**

DEFENDANT, Lisa Lewis, in her official capacity as the Volusia County Supervisor of Elections (hereinafter "Supervisor"), pursuant to Fed. R. Civ. P. 8, hereby answers Plaintiffs' Complaint (Doc. 1) as follows:

**PARTIES**

1.     Without knowledge, therefore denied.

2.     Without knowledge, therefore denied.

3.     Without knowledge, therefore denied.

4.     Without knowledge, therefore denied.

5.     Without knowledge, therefore denied.

6.     Without knowledge, therefore denied.

1

7.     Admitted.

8.     Admitted.

## JURISDICTION AND VENUE

9.     Admitted for jurisdictional purposes.

10.    Admitted for venue purposes.

## FACTS

11.    Admitted.

12.    Admitted.

13.    Admitted that in even years, Commission primary elections are held in August if necessary and general elections are held in November.

14.    Admitted.

15.    The Supervisor takes no position on the legal conclusions alleged in paragraph 15.

16.    Without knowledge, therefore denied.

17.     Admitted.

18.    Without knowledge, therefore denied.

19.    Without knowledge, therefore denied.

20.    Without knowledge, therefore denied.

21.    Without knowledge, therefore denied.

22.    Without knowledge, therefore denied.

23.    Without knowledge, therefore denied.

24.    Without knowledge, therefore denied.

25.    Without knowledge, therefore denied.

26.    Without knowledge, therefore denied.

27.    Without knowledge, therefore denied.

28.    Without knowledge, therefore denied.

29.    Without knowledge, therefore denied.

30.    Without knowledge, therefore denied.

31.    Without knowledge, therefore denied.

32.    Without knowledge, therefore denied.

33.    Without knowledge, therefore denied.

34.    Without knowledge, therefore denied.

35.    Without knowledge, therefore denied.

36.    Without knowledge, therefore denied.

37.    Without knowledge, therefore denied.

38.    Without knowledge, therefore denied.

39.    Without knowledge, therefore denied.

40.    Without knowledge, therefore denied.

41.    Without knowledge, therefore denied.

42.    Without knowledge, therefore denied.

43.    Without knowledge, therefore denied.

44.    Without knowledge, therefore denied.

45.    Without knowledge, therefore denied.

46.    Without knowledge, therefore denied.

47.    Without knowledge, therefore denied.

48.    Without knowledge, therefore denied.

49.    Without knowledge, therefore denied.

50.    Without knowledge, therefore denied.

51.    Without knowledge, therefore denied.

52.    Without knowledge, therefore denied.

53.    Without knowledge, therefore denied.

54.    Without knowledge, therefore denied.

55.    Without knowledge, therefore denied.

56.    Without knowledge, therefore denied.

57.    Without knowledge, therefore denied.

58.    Without knowledge, therefore denied.

59.    Without knowledge, therefore denied.

60.    Without knowledge, therefore denied.

61.    Without knowledge, therefore denied.

62.     Without knowledge, therefore denied.

63.     Without knowledge, therefore denied.

64.     Without knowledge, therefore denied.

65.     Without knowledge, therefore denied.

66.     Without knowledge, therefore denied.

67.     Without knowledge, therefore denied.

68.     Without knowledge, therefore denied.

69.     Without knowledge, therefore denied.

70.     Without knowledge, therefore denied.

71.     Without knowledge, therefore denied.

72.     Without knowledge, therefore denied.

73.     Without knowledge, therefore denied.

74.     Without knowledge, therefore denied.

75.     Without knowledge, therefore denied.

76.     Without knowledge, therefore denied.

77.     Without knowledge, therefore denied.

78.     Without knowledge, therefore denied.

79.     Without knowledge, therefore denied.

80.     Without knowledge, therefore denied.

81.     Without knowledge, therefore denied.

82.   Without knowledge, therefore denied.

83.   Without knowledge, therefore denied.

84.   Without knowledge, therefore denied.

85.   Without knowledge, therefore denied.

86.   The Supervisor takes no position on the legal conclusions alleged in paragraph 86.

87.   The Supervisor takes no position on the legal conclusions alleged in paragraph 87.

88.   The Supervisor takes no position on the legal conclusions alleged in paragraph 88.

89.   Without knowledge, therefore denied.

90.   The Supervisor takes no position on the legal conclusions alleged in paragraph 90.

91.   Without knowledge, therefore denied.

## CLAIM FOR RELIEF

### Racial Gerrymandering
### in Violation of the Fourteenth Amendment
### (42 U.S.C. § 1983)

92.   The Supervisor re-alleges all responses to preceding paragraphs as though fully set forth herein.

93.    The Supervisor takes no position on the legal conclusions alleged in paragraph 93.

94.    The Supervisor takes no position on the legal conclusions alleged in paragraph 94.

95.    The Supervisor takes no position on the legal conclusions alleged in paragraph 95.

96.    The Supervisor takes no position on the legal conclusions alleged in paragraph 96.

97.    The Supervisor takes no position on the legal conclusions alleged in paragraph 97.

## Affirmative Defenses

The Supervisor does not take any position regarding the substance of Plaintiffs' Complaint and has agreed with counsel for Plaintiffs that the Supervisor shall have limited participation in this action. *See* Doc. 21. The Supervisor asserts only that Plaintiffs have waived and are therefore not entitled to recover attorneys' fees, expenses, and costs against the Supervisor.

Should it become necessary to actively defend this action notwithstanding the agreement with counsel for Plaintiffs, whether by Court order or otherwise, the Supervisor will amend this answer and assert affirmative defenses.

Dated: November 10, 2025

Respectfully submitted,

_/s/ *Sarah Jonas*_
Sarah Jonas, Esq.
Assistant County Attorney
Fla. Bar No.: 115989
123 W. Indiana Avenue
DeLand, Florida 32720
(386) 736-5950
sjonas@volusia.org
vbustamante@volusia.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2025 the foregoing has been electronically filed with the Clerk of Court via the CM/ECF system which will send a notice of filing and an electronic copy to all counsel of record.

_/s/ *Sarah Jonas*_

8