UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VOTE!, et al.,

    Plaintiffs,

v.                                        CASE NO.: 6:25-cv-1980-PGB-RMN

CITY OF DAYTONA BEACH, et al,

    Defendants.
_____/

## VOLUSIA COUNTY SUPERVISOR OF ELECTIONS' DISCLOSURE STATEMENT

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒     No.

    ☐     Yes, and

            ☐     These parent corporations and publicly held corporations own 10% or more of the filer's shares: .

            ☐     The filer has no parent corporation.

            ☐     No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☒     No.

☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☐ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☐ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☐ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

☐ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

☐ No.

☐ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

      f.      Has the filer identified any natural person?

           ☐      No.

           ☐      Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

        ☐      No.

        ☒      Yes. These additional persons and entities have or might have an interest in the outcome of the action:

VOTE!,
Nicholas Sakhnovksy
Margaret McCalip
Josephine Pope
Gabrielle Adekunle
Victor Valentin
ACLU Foundation of Florida, Inc.
Nicholas L.V. Warren
Daniel B. Tilley
Caroline A. McNamara
City of Daytona Beach
Lisa Lewis, in her official capacity as the Volusia County Supervisor of Elections
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
Mohammad O. Jazil
Randall M. Raban
Martin C. Wolk

        Sarah Jonas
        American Civil Liberties Union of Florida, Inc.
        American Civil Liberties Union

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ☒    No.

    ☐    Yes, and this is the entity:

5. Is this a bankruptcy action?

    ☒    No.

    ☐    Yes, and the debtor is [].

    ☐    Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

    ☒    No.

    ☐    Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

    ☒    No.

    ☐    Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒    Yes.

Dated: November 13, 2025                                Respectfully submitted,

   /s/ *Sarah Jonas*
Sarah Jonas, Esq.
Assistant County Attorney
Fla. Bar No.: 115989
123 W. Indiana Avenue
DeLand, Florida 32720
(386) 736-5950
sjonas@volusia.org
vbustamante@volusia.org

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on November 13, 2025 the foregoing has been electronically filed with the Clerk of Court via the CM/ECF system which will send a notice of filing and an electronic copy to all counsel of record.

   /s/ *Sarah Jonas*