# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
Case Management Conference

Case Number: 6:25-cv-1980-PGB-RMN

| | |
|---|---|
| **VOTE!, JOSEPHINE POPE, GABRIELLE ADEKUNLE and VICTOR VALENTIN,**<br><br>         Plaintiffs,<br><br>v.<br><br>**CITY OF DAYTONA BEACH and LISA LEWIS,**<br><br>         Defendants. | **Plaintiff's Counsel:** Nicholas Warren, Carolina McNamara<br><br><br><br><br>**Defense Counsel:** Mohammad O. Jazil, Valerie Chartier-Hogancamp, Sarah Jonas, Martin Wolk |

| Judge: | **Paul G. Byron** | Court Reporter | Nikki Peters<br>courttranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | November 13, 2025 | Time: | 3:01 P.M. – 3:26 P.M.<br>25 minutes |

Case called. Appearances taken.

The parties discussed the entries at Docs. 7 and 21 and scheduling.

Order to issue with pending deadlines.

Court adjourned.