# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**VOTE!, JOSEPHINE POPE,
GABRIELLE ADEKUNLE and
VICTOR VALENTIN,**

        **Plaintiffs,**

v.                                          **Case No: 6:25-cv-1980-PGB-RMN**

**CITY OF DAYTONA BEACH and
LISA LEWIS,**

        **Defendants.**
_____/

## ORDER

This cause comes before the Court following the hearing held on November 13, 2025, in order to set a briefing schedule as to Plaintiffs VOTE!, Josephine Pope, Gabrielle Adekunle, and Victor Valentin's (collectively, the "**Plaintiffs**") Time-Sensitive Motion for Preliminary Injunction (Doc. 7 (the "**Motion**")).

It is hereby **ORDERED** as follows:

(1) On or before **November 21, 2025**, the parties may each file a brief, not to exceed five pages in length, addressing the implications, if any, of *Louisiana v. Callais*, No. 24-109, on the Motion.

(2) On or before **December 5, 2025**, Defendant City of Daytona Beach shall serve upon Plaintiffs its expert's report in support of its forthcoming response in opposition to the Motion.

(3) On or before **December 12, 2025**, Defendant City of Daytona Beach shall file both its response in opposition to the Motion and its expert report in support thereof.

(4) On or before **December 22, 2025**, Plaintiffs may file a reply to Defendant City of Daytona Beach's response in opposition. The reply shall not exceed ten pages in length.

(5) On or before **December 30, 2025**, Plaintiffs and Defendant City of Daytona Beach shall confer and shall file a notice with the Court addressing their position(s) on whether the parties seek to conduct oral arguments or seek an evidentiary hearing regarding the Motion.

**DONE AND ORDERED** in Orlando, Florida on November 13, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties