**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

VOTE!, *et al.*,

    *Plaintiffs*,

v.                                     Case No. 6:25-cv-1980-PGB-RMN

CITY OF DAYTONA BEACH, *et al.*,

    *Defendants*.

_____/

**PLAINTIFFS' NOTICE OF CORRECTION
TO BRIEF RE *LOUISIANA V. CALLAIS***

Plaintiffs give notice of a small correction to their brief regarding *Louisiana v. Callais* (ECF No. 29). Therein, Plaintiffs stated that a PI hearing in the racial-gerrymandering and VRA Section 2 challenge to California's new congressional map was set for December 3.

On Friday, the California court granted-in-part the defendants' motion to postpone the PI hearing, resetting it for December 15. Order, *Tangipa v. Newsom*, No. 2:25-cv-10616 (C.D. Cal. Nov. 21, 2025), ECF No. 81. The United States and original plaintiffs opposed any delay and seek an injunction by December 19. *Tangipa* (Nov. 20, 2025), ECF No. 75 at 3.

Respectfully submitted November 24, 2025,

  /s/ *Nicholas L.V. Warren*

Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400

Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

*Counsel for Plaintiffs*