UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VOTE!, JOSEPHINE POPE,**
**GABRIELLE ADEKUNLE and**
**VICTOR VALENTIN,**

      **Plaintiffs,**

v.                                      Case No: 6:25-cv-1980-PGB-RMN

**CITY OF DAYTONA BEACH and**
**LISA LEWIS,**

      **Defendants.**
_____/

## CITY'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR SERVICE OF EXPERT REPORT

Pursuant to Local Rule 3.01, Defendant, City of Daytona Beach moves for an extension of time to serve its expert report upon Plaintiffs, which is currently set for tomorrow, December 5, 2025.

1. On November 13, 2025, the Court entered an Order ("Scheduling Order," Doc. 25) setting deadlines for Plaintiffs' Time-Sensitive Motion for Preliminary Injunction.

2. The Court set a deadline of December 5, 2025, for the City to serve its expert report on Plaintiffs. (*Id.* at 1).

3. The City's expert has been diligently working on completing his report but needs additional time to process the voluminous data associated with his analysis and finalize his report.

1

4. The City's expert would much benefit from time over the weekend to complete processing of the data and preparation of his report.

5. Accordingly, the City seeks an extension of the current service deadline from Friday, December 5th, through and to 10:00AM on Monday, December 8th.

6. Plaintiffs have agreed to this extension. Defendant Supervisor takes no position on the request.

7. This request is being sought in good faith and will not impact any of the Court's other deadlines set in the Scheduling Order.

## Memorandum of Law

Generally, deadlines may be extended for good cause. Fed. R. Civ. P. 6(b)(1). Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires . . . ."

Good cause supports the City's request for extensions of time, and this request is made before the deadline has expired. The City's expert requires additional time, over a weekend, to process the voluminous data and finalize his expert report. This request is being sought in good faith and will not impact any of the Court's other deadlines set in the Scheduling Order.

WHEREFORE, the City respectfully requests that the Court grant this Motion and extend the deadline for service of its expert report to Monday, December 8, 2025, no later than 10:00 AM.

## Local Rule 3.01(g) Certification

I certify that I conferred with all counsel of record by e-mail on December 3, 2025, regarding the relief requested in this Motion. Plaintiffs agree to an extension of the deadline to Monday, December 8, 2025, no later than 10:00 AM. Defendant Supervisor takes no position on the request.

Dated: December 4, 2025

Respectfully submitted by,

/s/ Valerie L. Chartier-Hogancamp
Mohammad O. Jazil (FBN 72556)
Valerie L. Chartier-Hogancamp (FBN 1011269)
Randall M. Raban (FBN 1055100)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
vhogancamp@holtzmanvogel.com
rraban@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for the City of Daytona Beach*

## CERTIFICATE OF SERVICE

I certify that on December 4, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Valerie L. Chartier-Hogancamp
Valerie L. Chartier-Hogancamp