UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VOTE!, JOSEPHINE POPE,
GABRIELLE ADEKUNLE and
VICTOR VALENTIN,

      Plaintiffs,

v.   Case No: 6:25-cv-1980-PGB-RMN

CITY OF DAYTONA BEACH and
LISA LEWIS,

      Defendants.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 3.01(i), Defendant, City of Daytona Beach provides this Notice of Supplemental Authority of *Abbott v. League of United Latin American Citizens*, 607 U. S. ___ (Dec. 4, 2025).[1] *Abbott* is relevant to the City's arguments in its Motion to Dismiss (Doc. 26) regarding the presumption of good faith in redistricting, (*id.* at 6–7), and the requirement to provide an alternative map, (*id.* at 10).

---

[1] Available at: https://www.supremecourt.gov/opinions/25pdf/25a608_7khn.pdf.

Dated: December 10, 2025

Respectfully submitted by,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Valerie L. Chartier-Hogancamp (FBN 1011269)
Randall M. Raban (FBN 1055100)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
vhogancamp@holtzmanvogel.com
rraban@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for the City of Daytona Beach*

## CERTIFICATE OF SERVICE

I certify that on December 10, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil