

*Via Electronic Mail*

**M E M O R A N D U M**

**To:**   Honorable Members of the City Commission
City of Daytona Beach

**From:**   Kurt Spitzer

**Date:**   September 8, 2025

**Re:**   Proposed Commissioner Zones – Alternative 1B-1 Final Report

The purpose of this Memorandum is to discuss the realignment of the zone or district boundaries of the City Commission as reflected in Alternative Redistricting Plan 1B-1.

During the course of this project, a total of eight alternative plans to redistrict the City Commission were prepared. Five of the maps included two districts that covered the barrier island. Three of the maps (Alternative 1, 1A and 1B) included three districts that covered the barrier island.

Redistricting plan Alternative 1 was presented during the City Commission's meeting of September 3, 2025. Other alternatives (1A and 1B) were also discussed. After discussion, it was agreed that a new plan and related information would be brought back to the Commission for further discussion during its next meeting. That plan would be based on Alternative 1B but contain the following revisions:

1. On the barrier island, the boundary between Zones 2 and 3 would be moved south from Main Street to Harvey Avenue. Doing so moved 305 people from Zone 3 into Zone 2. As the City's consultant on the project, we raised concerns that moving that number of people might result in the spread between the largest and smallest districts exceeding 10 percentage points. The consultant was authorized to (if necessary) recommend further adjustments to 1B to offset a spread of greater than 10 points, which was (in fact) the effect of moving the boundary to Harvey Avenue.

To offset the population increase to Zone 2 and the population decrease to Zone 3, Alternative 1B-1 moves the area bounded by North street, North Ridgewood Avenue, Fairview Avenue,

kurtspitzer@ksanet.net   (850) 228-6212

Daytona Beach City Commission
September 8, 2025
Page two

and the Florida East Coast Railway, from proposed Zone 2 back into Zone 3. The resulting spread of the new plan 1B-1 is 8.33 points.

**Redistricting Criteria**

There were several criteria used in this redistricting process. They were considered in total and balanced against each other. However, the dominant criterion was population.

1. <u>Equal population.</u>  Individual districts should be nearly equal in population as is practicable. "Population" refers to residents as determined by the US Bureau of the Census, not registered voters. "Nearly equal" means that the population of individual districts should be as close to the average or "ideal" size as is possible. Equal population is the dominant criteria considered in the redistricting process.

   Overlaying the 2020 census data onto the existing district boundaries (i.e., the boundaries adopted by the City Commission in 2012) shows a disparity or spread between the district with the largest population and that with the smallest population of almost 47 percentage points – well beyond the generally accepted threshold of 10 points. Thus, the Commission was required to realign the zone or district boundaries in a manner that reduces the spread to less than 10 points, while maintaining consistency consistent with other redistricting requirements and criteria.

   Alternative 1B-1 (as do Alternatives 1A and 1B) has a spread between the largest and smallest districts that is well under the acceptable threshold of 10 percentage points. In the case of Alternative 1B-1, the spread is 8.33 points. A table of statistics comparing the demographic information of Alternative 1B and 1B-1 is attached.

2. <u>Do Not Dilute Minority Voting Strength.</u>  If there is a location where a significant number of minority residents reside, their ability to vote as a block should not be diluted by either dividing that population into two or more districts (termed "cracking") or, if there is a significant minority population in two districts, moving that population into a single district (termed "packing"). (Note that this policy issue has been the subject of numerous lawsuits over the past several years, some of which have not yet been resolved.)

   Under the current districting plan, the percentage of African American residents living in Zone 5 is 54.9% (Voting Age Population (VAP) is 50.9%). The African American population of Zone 6 is 55.6% (VAP 50.4%).

   Under Alternative 1B-1, the African American Population of Zone 5 is 51.8% (VAP 47.3%). For Zone 6, the African American population is 55.1% (VAP 50.4%). Thus, when comparing

Daytona Beach City Commission
September 8, 2025
Page three

    the statistics for the existing plan with that of Alternative 1B-1, the changes in the African American populations of Zones 5 and 6 are nominal.

    Also, Alternative 1B-1 creates a minority-influence district in Zone 3 with an African American population of 41.7% (VAP 39%).

3. <u>Do Not "Favor or Disfavor" an Incumbent or Candidate.</u>  As has been discussed numerous times during this redistricting process, legislation (HB 411) passed during the 2023 Legislative Session prohibits local governments from drawing districts with the intent to favor or disfavor a candidate for member of the governing body or an incumbent member of the governing body based on the candidate's or incumbent's residential address.

    This prohibition against considering residential address has been noted numerous times during this process.  Residential address was never considered by the consultant nor were the addresses of any of the Commissioners mentioned during any of our meetings, nor exchanged in any written or verbal communications over the course of the past several months.  Information on specific residential addresses of individual Commissioners does not exist in the consultant's files (electronic or otherwise) for this Project.

4. <u>Use Census Blocks.</u>  We have used the most recent data from the US Bureau of the Census in the redistricting process, as census data is presumed to be correct.  The smallest unit within which such data is tabulated and made available are census "blocks."  Within each block there are numerous bits of demographic information, including total number of people, their racial and ethnic composition, whether they are of voting age, etc.

    Although not a criteria *per se*, the use of census data and blocks in the redistricting process is universally accepted by both practitioners and the courts, and all software used in the redistricting process can easily integrate the data contained in census blocks.

    A few jurisdictions have supplemented or modified census data with other sources of demographic information.  That was discussed but not pursued in the process used in Daytona Beach.  Census data is presumed to be correct and in those rare cases when alternative methods to estimate population are considered, that typically occurs only in the later years (e.g., year nine) of a 10-year census cycle.  Also, development and use of alternative sets of population estimates is a time-consuming and costly endeavor.  In some instances, the methodologies for estimating population may (themselves) become the subject of much debate and controversy.

5. <u>Compactness and Significant Boundaries.</u>  The districts or zones are relatively compact.  They are contiguous.  There are no districts with "bizarre" shapes – especially those that were created without furthering a valid underlying public policy purpose.  Where possible, we tried to use

Daytona Beach City Commission
September 8, 2025
Page four

    district boundaries that followed easily recognized features, like major roads, waterbodies or parklands.

6. <u>Recognize Existing District Boundaries.</u>  We attempted to utilize existing district boundaries to the extent possible, and attempted to preserve the "cores" of the existing districts.

7. <u>Avoid Splitting Communities of Interest.</u>  We tried to preserve communities of interest where possible, such as neighborhoods or Homeowners Associations.  However, the City does not have a dataset showing the locations of most neighborhoods, making it difficult to consider this criterion in many instances.

8. <u>Party Affiliation</u>.  We did not use or consider information on the party affiliation of registered voters within the City at anytime during the redistricting process.

Please feel free to contact me should you have any questions.


Attachment

## CODB Redistricting Alternatives

### Alternative 1B — spread = 8.33 points

| ZONE | 2020 Population IDEAL | 2020 Population ACTUAL | Population Deviation | Percent Deviation | Population White | Percent White | Population Black | Percent Black | Population Other | Percent Other | Population Hispanic | Percent Hispanic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone 1 | 11,913.00 | 12,380 | 467 | 3.92% | 8,214 | 66.3% | 2,792 | 22.6% | 1,374 | 11.1% | 1,058 | 8.5% |
| Voting Age Population | | 10,688 | | | 7,474 | 69.9% | 2,059 | 19.3% | 1,155 | 10.8% | 814 | 7.6% |
| Zone 2 | 11,913.00 | 11,572 | (341) | -2.86% | 7,886 | 68.1% | 2,296 | 19.8% | 1,390 | 12.0% | 1,171 | 10.1% |
| Voting Age Population | | 10,009 | | | 7,208 | 72.0% | 1,723 | 17.2% | 1,078 | 10.8% | 871 | 8.7% |
| Zone 3 | 11,913.00 | 11,710 | (203) | -1.70% | 5,757 | 49.2% | 4,810 | 41.1% | 1,143 | 9.8% | 1,068 | 9.1% |
| Voting Age Population | | 9,993 | | | 5,234 | 52.4% | 3,840 | 38.4% | 919 | 9.2% | 782 | 7.8% |
| Zone 4 | 11,913.00 | 11,557 | (356) | -2.99% | 8,311 | 71.9% | 1,692 | 14.6% | 1,554 | 13.4% | 896 | 7.8% |
| Voting Age Population | | 10,289 | | | 7,621 | 74.1% | 1,319 | 12.8% | 1,349 | 13.1% | 741 | 7.2% |
| Zone 5 | 11,913.00 | 11,710 | (203) | -1.70% | 4,284 | 36.6% | 6,068 | 51.8% | 1,358 | 11.6% | 1,115 | 9.5% |
| Voting Age Population | | 9,249 | | | 3,786 | 40.9% | 4,377 | 47.3% | 1,086 | 11.7% | 821 | 8.9% |
| Zone 6 | 11,913.00 | 12,549 | 636 | 5.34% | 4,192 | 33.4% | 6,920 | 55.1% | 1,437 | 11.5% | 1,310 | 10.4% |
| Voting Age Population | | 10,100 | | | 3,825 | 37.9% | 5,086 | 50.4% | 1,189 | 11.8% | 1,005 | 10.0% |
| Totals | 71,478 | 71,478 | | | 38,644 | | 24,578 | | 8,256 | | 6,618 | |
| Voting Age Population | | 60,328 | | | 35,148 | | 18,404 | | 6,776 | | 5,034 | |

### Alternative 1B-1 — spread = 8.33 points

| ZONE | 2020 Population IDEAL | 2020 Population ACTUAL | Population Deviation | Percent Deviation | Population White | Percent White | Population Black | Percent Black | Population Other | Percent Other | Population Hispanic | Percent Hispanic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone 1 | 11,913.00 | 12,380 | 467 | 3.92% | 8,214 | 66.3% | 2,792 | 22.6% | 1,374 | 11.1% | 1,058 | 8.5% |
| Voting Age Population | | 10,688 | | | 7,474 | 69.9% | 2,059 | 19.3% | 1,155 | 10.8% | 814 | 7.6% |
| Zone 2 | 11,913.00 | 11,700 | (213) | -1.79% | 8,039 | 68.7% | 2,274 | 19.4% | 1,387 | 11.9% | 1,146 | 9.8% |
| Voting Age Population | | 10,130 | | | 7,340 | 72.5% | 1,715 | 16.9% | 1,075 | 10.6% | 849 | 8.4% |
| Zone 3 | 11,913.00 | 11,582 | (331) | -2.78% | 5,604 | 48.4% | 4,832 | 41.7% | 1,146 | 9.9% | 1,093 | 9.4% |
| Voting Age Population | | 9,872 | | | 5,102 | 51.7% | 3,848 | 39.0% | 922 | 9.3% | 804 | 8.1% |
| Zone 4 | 11,913.00 | 11,557 | (356) | -2.99% | 8,311 | 71.9% | 1,692 | 14.6% | 1,554 | 13.4% | 896 | 7.8% |
| Voting Age Population | | 10,289 | | | 7,621 | 74.1% | 1,319 | 12.8% | 1,349 | 13.1% | 741 | 7.2% |
| Zone 5 | 11,913.00 | 11,710 | (203) | -1.70% | 4,284 | 36.6% | 6,068 | 51.8% | 1,358 | 11.6% | 1,115 | 9.5% |
| Voting Age Population | | 9,249 | | | 3,786 | 40.9% | 4,377 | 47.3% | 1,086 | 11.7% | 821 | 8.9% |
| Zone 6 | 11,913.00 | 12,549 | 636 | 5.34% | 4,192 | 33.4% | 6,920 | 55.1% | 1,437 | 11.5% | 1,310 | 10.4% |
| Voting Age Population | | 10,100 | | | 3,825 | 37.9% | 5,086 | 50.4% | 1,189 | 11.8% | 1,005 | 10.0% |
| Totals | 71,478 | 71,478 | | | 38,644 | | 24,578 | | 8,256 | | 6,618 | |
| Voting Age Population | | 60,328 | | | 35,148 | | 18,404 | | 6,776 | | 5,034 | |