**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

VOTE!, *et al.*,

    *Plaintiffs*,

v.                                     Case No. 6:25-cv-1980-PGB-RMN

CITY OF DAYTONA BEACH, *et al.*,

    *Defendants*.

_____/

## PLAINTIFFS' NOTICE OF *LOUISIANA V. CALLAIS* JUDGMENT

Today, the Court ordered Plaintiffs to notify it once the Supreme Court certified its judgment in *Lousiana v. Callais*. The Supreme Court has done so. A copy of the judgment is attached.

Respectfully submitted May 4, 2026,

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

*Counsel for Plaintiffs*

1