# Supreme Court of the United States

### No. 24-109

### LOUISIANA,

Appellant

v.

### PHILLIP CALLAIS, ET AL.

*and*

### No. 24-110

### PRESS ROBINSON, ET AL.,

Appellants

v.

### PHILLIP CALLAIS, ET AL.

**ON APPEALS** to the United States District Court for the Western District of Louisiana.

**THESE CAUSES** came on to be heard on the transcript of the record from the above court and were argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed, and the cases are remanded to the United States District Court for the Western District of Louisiana for proceedings consistent with the opinion of this Court.

April 29, 2026

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States