# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

VOTE!, et al,

      Plaintiffs,

                                CASE NO.: 6:25-cv-1980-PGB-RMN

v.

CITY OF DAYTONA BEACH, et al.,

      Defendants.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE of the appearance of W. Kevin Bledsoe, Esquire, Deputy County Attorney as Counsel for Lisa Lewis, in her official capacity as Supervisor of Elections for Volusia County.  The primary and secondary electronic mail addresses for Mr. Bledsoe are: kbledsoe@volusia.gov ; mefird@volusia.gov.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the CM/ECF System which will send a notice of filing and an electronic copy to all counsel of record on July 29, 2026.

/s/ W. Kevin Bledsoe
W. Kevin Bledsoe, Esq.
Deputy County Attorney
Florida Bar No.: 029769
123 W. Indiana Avenue
DeLand, Florida 32720
(386) 736-5950
kbledsoe@volusia.gov  / mefird@volusia.gov