UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VOTE!, et al.,

     Plaintiffs,

v.                                                                      CASE NO.: 6:25-cv-1980-PGB-RMN

CITY OF DAYTONA BEACH, et al,

     Defendants.

_____/

## UNOPPOSED MOTION TO WITHDRAW

Pursuant to Middle District of Florida Local Rule 2.02(c), Sarah Jonas moves to withdraw as counsel to Defendant Lisa Lewis, Volusia County Supervisor of Elections.

1.     Defendant Lewis consents to the withdrawal.

2.     The withdrawal will not result in Defendant Lewis proceeding pro se. Defendant Lewis will continue to be represented by William K. Bledsoe.

3.     The withdrawal will not result in a continuance of trial.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Middle District of Florida Local Rule 3.01(g), I certify that I have conferred with counsel for Plaintiffs on July 30, 2026, who do not oppose my withdrawal.

1

Respectfully submitted this 31ˢᵗ day of July, 2026.

/s/ *Sarah Jonas*
Sarah Jonas, Esq.
Assistant County Attorney
Fla. Bar No.: 115989
123 W. Indiana Avenue
DeLand, Florida 32720
(386) 736-5950
sjonas@volusia.org
vbustamante@volusia.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2026 the foregoing was electronically served on all counsel of record through the Clerk of Court CM/EMF system which will send a notice of electronic filing to said counsel.

/s/ *Sarah Jonas*
Sarah Jonas. Esq.

2