**IN THE UNITED STATES DISTRICT COURT
FOR THE MIIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**VOTE!, et al.,**

***Plaintiffs*,**

**v.** **CASE NO.: 6:25-cv-1980-PGB-RMN**

**CITY OF DAYTONA BEACH, et al.,**

***Defendants*.**

______________________________/

**NOTICE OF APPEARANCE**

The undersigned counsel, Nastassia Janvier, enters her appearance in this matter on behalf of Plaintiffs.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Nastassia Janvier*
Nastassia Janvier (FBN 1072670)
American Civil Liberties Union
Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel.: (786) 363-3348
njanvier@aclufl.org