**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VOTE!, *et al.*,

*Plaintiffs*,

v. Case No. 6:25-cv-1980-PGB-RMN

CITY OF DAYTONA BEACH, *et al.*,

*Defendants*.
_________________________________/

**PLAINTIFFS' UNOPPOSED MOTION TO SET A TRIAL TERM OR DATE**

Plaintiffs respectfully request that the Court set a trial term or trial date for this case, and in support state as follows:

1. Plaintiffs filed this action in October 2025. The parties filed a case management report (ECF No. 27) the following month.

2. In January 2026, the Court stayed the case pending the Supreme Court's issuance of an opinion in *Louisiana v. Callais*. ECF No. 39. After the Supreme Court certified its judgment in that case, this Court lifted the stay in May 2026. ECF No. 47.

3. On September 8, the Court denied Plaintiffs' preliminary injunction motion and the City's motion to dismiss. ECF Nos. 52–53. The next day, the Court set a final pretrial conference for October 20, 2026. Under Local Rule 3.06, the parties must file a final pretrial statement by October 13.

4. No trial term or deadlines for serving expert disclosures, completing discovery, filing motions, or conducting mediation have been set.

5. Plaintiffs request that the Court set a trial term or fixed trial date for this

case. Doing so will better ensure the availability of witnesses and counsel. In particular, setting a trial term or date in advance will allow expert witnesses to arrange travel from out-of-state, allow counsel to manage any conflicts with obligations in other cases (including already-scheduled depositions and hearings), and allow Plaintiffs themselves to manage work and family obligations so that they can attend trial and testify.

6. Plaintiffs estimate that they will need less than one day to present their case. They are working to streamline the issues for trial, and, to that end, may file a partial summary judgment motion.

**Local Rule 3.01(g) Certificate**

Plaintiffs' counsel conferred by email with counsel for the City, which does not oppose the requested relief. The Supervisor of Elections takes no position.

Respectfully submitted September 17, 2026,

*/s/ Nicholas L.V. Warren*

Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Nastassia Janvier (FBN 1072670)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
njanvier@aclufl.org
dtilley@aclufl.org

*Counsel for Plaintiffs*