ORDINANCE NO. 2025-370

AN ORDINANCE AMENDING SUB PART A, ARTICLE II, SECTION 2 OF THE CITY CHARTER, AMENDING THE BOUNDARIES OF THE EXISTING CITY COMMISSION MEMBERS' DISTRICTS WITHIN THE CITY OF DAYTONA BEACH, VOLUSIA COUNTY, FLORIDA, ESTABLISHING NEW COMMISSION MEMBER DISTRICT BOUNDARIES IN ACCORDANCE WITH THE FLORIDA CONSTITUTION, FLORIDA STATUTES, ARTICLE II, SECTION 2 OF THE CITY CHARTER, AND OTHER LEGAL REQUIREMENTS; REPEALING ALL ORDINANCES OR PARTS OF ORDINANCES IN CONFLICT HEREWITH; AND PROVIDING AN EFFECTIVE DATE.

WHEREAS, Sub Part A, Article II, Section 2 of the City Charter provides that The City of Daytona Beach shall be divided into six zones for the purposes set forth in the Charter, including for purposes of determining the areas of the City that are represented by individual City Commissioners (hereinafter these zones are referred to herein as "member districts"); and

WHEREAS, Sub Part A, Article II, Section 2 of the City Charter further provides for the City Commission, by 3/5 affirmative vote, to redesignate the member district boundaries after each annexation and each decennial census conducted by the United States government; and

WHEREAS, in July, 2023 the City Commission adopted City Ordinance No. 2023-268 (the "2023 Redistricting Ordinance"), redesignating the member district boundaries in accordance with the decennial census for 2020; and

WHEREAS, the 2023 Redistricting Ordinance was substantially challenged in *Nicholas Sakhnovsky, et.al. v. City of Daytona Beach*, Case No. 2024-10140-CICI, with the plaintiffs alleging that the 2023 Redistricting Ordinance was adopted with an intent to favor incumbent Commissioners in violation of Fla. Stat. s. 166.0231; and

WHEREAS, while the City denied liability, based upon a determination that the issues raised in the lawsuit should be resolved in order to eliminate uncertainties and avoid the inconvenience and expense of litigation, the City Commission adopted Ordinance No. 2025-16, repealing the 2023 Redistricting Ordinance and stated an intention to adopt a new redistricting ordinance compliant with legal requirements to go into effect for 2026 regular municipal election; and

WHEREAS, the City subsequently retained a redistricting consultant to provide technical assistance in creating a new redistricting plan redesignating member district boundaries consistent with Ordinance No. 2025-16; and

WHEREAS, the consultant provided a Memorandum dated July 17, 2025, entitled "Proposed Redistricting Plans"; and

WHEREAS, after deliberation, the Commission directed that a map be prepared based on the "Alternative 1B Plan" as referenced in the July 17, 2025 Memorandum, including additional minor changes shifting the common boundaries of Zones 2 and 3; and

WHEREAS, in accordance with this direction the consultant provided a memorandum and report dated September 8, 2025, including a revised map, labelled "Alternative 1B-1," providing revised member district boundaries; and

WHEREAS, the consultant subsequently provided a memorandum dated September 25, 2025, including a minor revision to the Alternative 1B-1 Map with regard to a common boundary between Commissioner Zones 2 and 5 for the purposes described therein; and

WHEREAS, the boundaries reflected in the revised Alternative 1B-1 Map, which are generally drawn in a manner that corresponds to census blocks and composed of territories that are contiguous and reasonably compact, provide for district populations as nearly equal as practicable, and preserve Commissioner Zones 5 and 6 as majority minority districts; and

WHEREAS, the City Commission after holding a public workshop and a public hearing, has determined that it is in the public interest to redesignate its single member district boundaries in accordance with the revised Alternative 1B-1 map referenced above.

NOW, THEREFORE, BE IT ENACTED BY THE PEOPLE OF THE CITY OF DAYTONA BEACH, FLORIDA:

SECTION 1. Sub Part A, Article II, Section 2 of the City Charter, the boundaries of each of the six City Commission zones (also referred to herein as "member districts") of The City of Daytona Beach are hereby redesignated in accordance with the map and legal description attached hereto and made a part hereof as Exhibit A.

SECTION 2. The City Commission finds that the redesignation referenced in Section 1 is in accordance with the Constitution and laws of the United States, including the Federal Voting Rights Act, and the Constitution and laws of the State of Florida; and this finding is supported by the data and analysis provided by the City's consultant, including through the memoranda referenced in the Recitals, and other information and materials duly considered by the City Commission.

SECTION 3. The City Commission finds that this Ordinance has been passed by a 3/5 affirmative vote, in accordance with Sub Part A, Article II, Section 2(c), of the City Charter.

SECTION 4. The City Commission finds that the effective date of this Ordinance established below is at least 270 days prior to November 3, 2026, being the date of the next general election of the City, as required by Fla. Stat. s. 166.0231.

SECTION 5. If any section, sentence, clause, or phrase of this Ordinance is held to be invalid or unconstitutional by any court of competent jurisdiction, then said holding shall in no way affect the validity of the remaining portions of this Ordinance.

SECTION 6. All ordinances or parts of ordinances in conflict herewith are hereby repealed.

SECTION 7. This Ordinance shall take effect immediately upon its adoption.

DERRICK L. HENRY
Mayor

ATTEST:

LETITIA LAMAGNA
City Clerk

Passed: September 17, 2025
Adopted: October 1, 2025

# EXHIBIT A

## ALTERNATE 1B-1 MAP AND LEGAL DESCRIPTION

# Daytona Beach
## Alternative 1B-1




| Zone | 2020 Population IDEAL | 2020 Population ACTUAL | Population Deviation | Percent Deviation | Population White | Percent White | Population Black | Percent Black | Population Other | Percent Other | Population Hispanic | Percent Hispanic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone 1 | 11913.00 | 12380 | 467.00 | 3.9% | 8214 | 66% | 2792 | 23% | 1374 | 11% | 1058 | 9% |
| Zone 2 | 11913.00 | 11700 | -213.00 | -1.8% | 8039 | 69% | 2274 | 19% | 1387 | 12% | 1146 | 10% |
| Zone 3 | 11913.00 | 11582 | -331.00 | -2.8% | 5604 | 48% | 4832 | 42% | 1146 | 10% | 1093 | 9% |
| Zone 4 | 11913.00 | 11557 | -356.00 | -3.0% | 8311 | 72% | 1692 | 15% | 1554 | 13% | 896 | 8% |
| Zone 5 | 11913.00 | 11710 | -203.00 | -1.7% | 4284 | 37% | 6068 | 52% | 1358 | 12% | 1115 | 10% |
| Zone 6 | 11913.00 | 12549 | 636.00 | 5.3% | 4192 | 33% | 6920 | 55% | 1437 | 11% | 1310 | 10% |
| **Totals** | **71,478** | **71478** | **0.00** | **0.0%** | **38644** | - | **24578** | - | **8256** | - | **6618** | - |

**City of Daytona Beach**
**Draft Zone Descriptions**
**Alternative 1B-1 Redistricting Plan**

## District 1

The Point of Beginning being the intersection of Adele Avenue and Boynton Blvd, proceed in a southerly and then clockwise direction, following the City of Daytona Beach boundary line to the intersection with the southwestern corner of census block 2001 (GeoID 121270824122001), then proceed in a northerly direction along the western boundary of census block 2001 until the intersection with the centerline of eastbound Beville Road, then proceed in an easterly direction along the centerline of eastbound Beville Road until the intersection with South Clyde Morris Blvd, then proceed in a northerly direction along Clyde Morris Boulevard until the intersection with the southwest corner of census block 2013 (GeoID 121270925002013), then proceed in a easterly and then northerly direction along the boundary of census block 2013 until the intersection with Madrid Avenue, then proceed in an easterly direction along Madrid Avenue until the intersection with Tarragona Way, then proceed in a southerly direction along Tarragona Way until the intersection with Museum Boulevard, then proceed in an easterly and then southerly direction along Museum Boulevard until the intersection with South Street, then proceed in an easterly direction along South Street until the intersection with the centerline of northbound South Nova Road, then proceed in a southerly direction along the centerline of northbound Nova Road until the intersection with Shady Place, then proceed in an easterly direction along Shady Place until the intersection with Florida East Coast railroad, then proceed in a southerly direction along Florida East Coast railroad until the intersection with Wilder Boulevard, then proceed in an easterly direction along Wilder Boulevard until the intersection with South Beach Street, then proceed in a northerly direction along Beach Street until the intersection with Freemont Court, then proceed in an easterly direction along Freemont Court until the intersection with Donnelly Place, then proceed in a northerly direction along Donnelly Place until the intersection with Bellevue Avenue, then proceed in an easterly direction along Bellevue Avenue until the intersection with the Halifax River Lagoon, also being the northeast corner of census block 3004 (GeoID 121270822013004) , then proceed southerly along the eastern boundary of census block 3004 to the southeast corner of said block, also being the northwest corner of census block 4000 (GeoID 121270822014000), then proceed easterly along

NOTE: When referencing a road as a boundary of a zone, the centerline of the road is considered to be the boundary line.

the northern boundary of census block 4000 to the northeast corner of said block, also being the point of intersection with census block 1011 (GeoID 121270826041011), then proceed in a southerly and then easterly direction along the boundary of census block 1011 to the to the southeast corner of said block also being the southwest corner of census block 1005 (GeoID 121270826041005), then proceed in an easterly direction along the south line of census block 1005 until it intersects with the western terminus of Widmer Circle, then continue to proceed easterly along Widmer Circle until the intersection with South Peninsula Drive, then proceed northerly along Peninsula Drive until the intersection with Adele Avenue, then proceed in an easterly direction along Adele Avenue to the intersection with Boynton Boulevard and the Point of Beginning.

**District 2**

The Point of Beginning being the easternmost intersection of the City of Daytona Beach's northern city boundary line with the City of Ormond Beach's southern boundary line, being located along the westerly shore of the Atlantic Ocean, proceed in a southerly direction along the City of Daytona Beach's eastern city boundary line until the intersection with Harvey Avenue, then proceed in a westerly direction along Harvey Avenue until the intersection with South Peninsula Drive, then proceed in a southerly direction along South Peninsula Drive until the intersection with Harvey Avenue, then proceed in a westerly direction along Harvey Avenue until the intersection with South Halifax Avenue, then proceed in a northerly direction along South Halifax Avenue until the intersection with Main Street, then proceed in a westerly direction along Main Street until Main Street becomes Fairview Avenue and then continuing in a westerly direction along Fairview Avenue until the intersection with the centerline of the southbound lane of Ridgewood Avenue, then proceed in a northerly direction along the centerline of the southbound lane of Ridgewood Avenue until the intersection with North Street, then proceed in a westerly direction along North Street until the intersection with the centerline of northbound North Nova Road, then proceed in a northerly direction along he centerline of northbound North Nova Road until the intersection with Brentwood Drive, then proceed in a westerly direction

along Brentwood Drive until the intersection with Vine Street, then proceed in a northerly direction along Vine Street until the intersection with the City of Daytona Beach northern boundary line at 6th Street, then follow the City of Daytona Beach northern boundary line proceeding in an easterly direction and then continuing in a clockwise manner until the intersection with the easternmost intersection of the city boundary lines of the City of Daytona Beach with the City of Ormond Beach, and the Point of Beginning.

**District 3**

The Point of Beginning being the intersection of Harvey Avenue and the City of Daytona Beach eastern boundary line, being located along the westerly shore of the Atlantic Ocean, then proceed in a southerly direction along the City of Daytona Beach eastern boundary line until the intersection with Adele Avenue, then proceed in a westerly direction along Adele Avenue until the intersection with South Peninsula Drive, then proceed in a southerly direction along Peninsula Drive until the intersection with Widmer Circle, then proceed in a westerly direction along Widmer Circle to its westerly terminus, and then continue to proceed westerly along the southern boundary of census block 1005 (GeoID 121270826041005) to the southwest corner of census block 1005 also being the southeast corner of census block 1011 (GeoID 121270826041011), then continue in a westerly and then northerly direction along the boundary line of census block 1011 until the intersection with the northeast corner of census block 4000 (GeoID 121270822014000), then proceed in a westerly direction along the northern boundary line of census block 4000 to its intersection with the Halifax River Lagoon, also being the northwest corner of census block 4000 and the southeast corner of census block 3004 (GeoID 121270822013004), then proceed in a northerly direction along the eastern boundary line of census block 3004 to the intersection with Bellevue Avenue, then proceed in a westerly direction along Bellevue Avenue to the intersection with Donnelly Place, then proceed in a southerly direction along Donnelly Place to the intersection with Freemont Court, then proceed in a westerly direction along Freemont Court to the intersection with South Beach Street, then

proceed in a southerly direction along Beach Street to the intersection with Wilder Boulevard, then proceed in a westerly direction along Wilder Boulevard to the intersection with Florida East Coast Railroad, then proceed in a northerly direction along Florida East Coast Railroad to the intersection with Shady Place, then proceed in a westerly direction along Shady Place to the intersection with Dr. Martin Luther King (MLK) Boulevard, then proceed in a northerly direction along MLK Boulevard to the intersection with Dr. Mary McLeod Bethune (MMB) Boulevard, then proceed in a westerly direction along MMB Boulevard to the intersection with North Keech Street, then proceed in a northerly direction along Keech Street to the intersection with George W. Engram Boulevard, then in a westerly direction along George W. Engram Boulevard to the intersection with the centerline of northbound North Nova Road, then in a northerly direction along the centerline of northbound North Nova Road to the intersection with North Street, then proceed in an easterly direction along North Street to the intersection with the centerline of southbound North Ridgewood Avenue, then in a southerly direction along the centerline of southbound North Ridgewood Avenue to the intersection with Fairview Avenue, then in an easterly direction along Fairview Avenue until Fairview Avenue becomes Main Street, then continuing in an easterly direction along Main Street to the intersection with South Halifax Avenue, then in a southerly direction along South Halifax Avenue to the intersection with Harvey Avenue, then in an easterly direction along Harvey Avenue to the intersection with South Peninsula Drive, then proceed in a northerly direction along South Peninsula Drive to the intersection with Harvey Avenue, then proceed in an easterly direction along Harvey Avenue until the intersection with the City of Daytona Beach Eastern Boundary line and the Point of Beginning.

**District 4**

The Point of Beginning the northeast corner of census block 1046 (GeoID 121270832051046), also being the centerline of northbound Interstate 95, then proceed in a southerly direction along the centerline of northbound Interstate 95 to the northwest corner of census block 2006 (GeoID

121270823022006), then proceed in an easterly direction along the northern boundary line of census block 2006 until the intersection with Dunn Avenue, then continuing in an easterly direction along Dunn Avenue, proceed to the intersection with North Clyde Morris Boulevard, then proceed in a southerly direction along North Clyde Morris Boulevard and the centerline of southbound North Clyde Morris Boulevard, until the intersection with the centerline of eastbound International Speedway Boulevard, then proceed in a westerly direction along the centerline of eastbound International Speedway Boulevard until the intersection with Corsair Drive, then proceed in a southerly direction along Corsair Drive until the intersection with Richard Petty Boulevard, then proceed in a southerly direction along Richard Petty Boulevard until the northeast corner of census block 1003 (GeoID 121270925001003), then proceeding in a westerly direction and then in a counterclockwise direction, follow the boundary line of census block 1003 until the intersection with South Clyde Morris Boulevard, then proceed in a southerly direction along South Clyde Morris Boulevard until the intersection with the centerline of eastbound Beville Road, then proceed in a westerly direction along the centerline of eastbound Beville Road until the intersection with the northwest corner of census block 2001 (Geo ID 121270824122001), then in a southerly direction along the western boundary line of census block 2001 until the intersection with the southerly City of Daytona Beach boundary line, then proceeding in a southerly and then clockwise direction, follow the City of Daytona Beach boundary line to the northeast corner of census block 1046 (GeoID 121270832051046), and the Point of Beginning.

**District 5**

The Point of Beginning being the intersection of the northerly City of Daytona Beach boundary line and the intersection of Vine Street and 6th Street, then proceed in a southerly direction along Vine Street until the intersection with Brentwood Avenue, then proceed in an easterly direction along Brentwood Avenue until the intersection with the centerline of northbound Nova Road, then proceed in a southerly direction along the centerline of northbound Nova Road until the

intersection with Mason Avenue, then proceed in a westerly direction along Mason Avenue until the intersection with Jimmy Ann Drive, then proceed in a southerly direction along Jimmy Ann Drive until the intersection with Dunn Avenue, then proceed in a westerly direction along Dunn Avenue until the intersection with the northeast corner of census block 2006 (GeoID 121270823022006), then continue in an easterly direction along the northern boundary of census block 2006 until the intersection with the centerline of northbound Interstate 95, then proceed in a northerly direction along the centerline of northbound I-95 until the northeast corner of census block 1046 (GeoID 121270832051046), also being the intersection with the northern City of Daytona Beach boundary line, then proceeding in a northerly direction and then clockwise, follow the City of Daytona Beach boundary line until the intersection of Vine Street and 6th Street and the Point of Beginning.

**District 6**

The Point of Beginning being the intersection of Vine Street and Mason Avenue, proceed in an easterly direction along Mason Avenue until the intersection with the centerline of northbound Nova Road, then proceed in a southerly direction along the centerline of northbound Nova Road until the intersection with George W. Engram Blvd, then proceed in an easterly direction along George W. Engram Boulevard until the intersection with North Keech Street, then proceed in a southerly direction along North Keech Street until the intersection with Dr. Mary McLeod Bethune (MMB) Boulevard, then proceed in an easterly direction along MMB Boulevard until the intersection with North Dr. Martin Luther King (MLK) Boulevard, then proceed in a southerly direction along MLK Boulevard until the intersection with Shady Place, then proceed in a westerly direction along Shady Place until the intersection with the centerline of southbound Nova Road, then proceed in a northerly direction along the centerline of southbound Nova Road until the intersection with South Street, then proceed in a westerly direction on South Street until the intersection with Museum Boulevard, then proceed in a northerly then westerly direction along Museum Boulevard until the intersection with Tarragona Way, then proceed in a northerly direction along Tarragona Way until the intersection with Madrid Avenue, then proceed in a

westerly direction along Madrid Avenue until the eastern boundary of census block 2013 (GeoID 121270925002013) then proceed in a southerly and then westerly direction along census block 2013 to the southwest corner of said block, also being the southeastern corner of census block 1003 (GeoID 121270925001003), then proceed in a westerly direction and continuing in a clockwise fashion along the boundary of census block 1003 to the intersection with Richard Petty Boulevard, then proceed in a northerly and then westerly direction along Richard Petty Boulevard to the intersection with Corsair Drive, then proceed in a northerly direction along Corsair Drive until the intersection with the centerline of eastbound International Speedway Boulevard, then proceed in an easterly direction along the centerline of eastbound International Speedway Boulevard until the intersection with the centerline of southbound North Clyde Morris Boulevard, then proceed in a northerly direction along the centerline of southbound North Clyde Morris Boulevard and along North Clyde Morris Boulevard until the intersection with Dunn Avenue, then proceed in a westerly direction along Dunn Avenue until the intersection with Jimmy Ann Drive, then proceed in a northerly direction along Jimmy Ann Drive until the intersection with Mason Avenue, then proceed in an easterly direction along Mason Avenue until the intersection with Vine Street and the Point of Beginning.