KSA Governmental Consultants

*Via Electronic Mail*

**M E M O R A N D U M**

**To:** Honorable Members of the City Commission
City of Daytona Beach

**From:** Kurt Spitzer

**Date:** July 17, 2025

**Re:** Proposed Redistricting Plans

The purpose of this Memorandum is to transmit several options to realign the zones or districts of the City Commission. Prior to discussing the options to redistrict the boundaries for the Commission's districts, the Memorandum will review the criteria and methodology used in the process, which has previously been provided to the Commission in my Memorandum of May 28, 2025. Several documents are attached hereto.

The districts of local governments in Florida are required by the US Constitution, Florida Statutes, case law, and (in some cases) the Florida Constitution and city or county charters, to be as "nearly equal in proportion to population as practicable." Redistricting is the process by which differences in the population of Commission zones or districts are equalized by adjusting district boundaries, and furthers the principal of "one person, one vote." The legislative body of the jurisdiction (in this case, the City Commission of the City of Daytona Beach) is the entity designated by law to adjust district boundaries of the jurisdiction.

**Common Redistricting Criteria**

There are several criteria used in the redistricting process. They are considered in total and balanced against each other. However, the dominant criterion is equal population.

1. Equal (almost) in Population. Individual districts should be nearly equal in population as is practicable. "Population" refers to residents, not registered voters. "Nearly equal" means that the population of individual districts should be as close to the average or ideal district size as is possible.

kurtspitzer@ksanet.net (850) 228-6212

Generally, redistricting plans where the district populations are less than 3% over or under the average size are acceptable goals to pursue. Plans where the difference between the largest and smallest districts is greater than 10 percentage points (e.g., the largest district population is 7% over the ideal and smallest is 5% under, resulting in a "spread" of 12 points) may raise a "red flag" with the Courts, although there can be exceptions to this rule if based on a rational public policy.

2. Do not Dilute Minority Voting Strength. If there is a location where a significant number of minority residents reside, their ability to vote as a block should not be diluted by either dividing that population into two or more districts (termed "cracking") or, if there is a significant minority population in two districts, moving that population into a single district (termed "packing"). Note that this policy issue has been the subject of numerous lawsuits over the past several years, some of which have not yet been resolved.

3. Do not "Favor or Disfavor" an Incumbent or Candidate
   Legislation (HB 411) passed during the 2023 Session added two new redistricting criteria for cities (see Section 166.0321, FS) and all other local governments.

   - First, districting plans may not be adopted less than 270 days before the next regular general election for the local government.

   - Second, districts "may not be drawn with the intent to favor or disfavor a candidate for member of the governing body or an incumbent member of the governing body based on the candidate's or incumbent's residential address."

   This second criterion may seem similar to language that was added to the Florida Constitution in 2010, which governs the Florida Legislature when redrawing the districting plans for themselves and members of Florida's Congressional Delegation. However, a significant difference is the phrase relating to the "residential address" of a candidate or incumbent (included in HB 411) which was not included in the amendment added to the Florida Constitution.

   How this new criterion affects or interacts with other traditional, historically-approved criteria has not yet been determined by the courts. However, we have strictly followed the provisions of Section 166.0321, FS, throughout this redistricting process.

4. Use Census Blocks. Data from the US Bureau of the Census is updated every 10 years by surveying the population of the United States. The smallest unit within which that information is tabulated and made available are "census blocks." Within each block there exists numerous pieces of statistical information, including total number of people, their racial and ethnic composition, whether they are of voting age, etc.

Although not a criteria *per se*, the use of census blocks and data is universally accepted by both practitioners and the courts, and all software used in the redistricting process can easily integrate the data contained in census blocks, and recalculate statistical information as plans are redrawn. Census data is presumed to be correct.

5. Compact and Contiguous. Districts should be relatively compact and contiguous. Unusual, serpentine or "bizarre" district shapes that are created without furthering a valid underlying public policy purpose must be avoided. Contiguity may be maintained by crossing a waterbody.

6. Significant Natural and Man-made Boundaries. District boundaries should follow easily recognized or understood boundaries, like major roads, waterbodies or parklands. Doing so creates plans and districts that are easier to understand by the electorate, and district boundaries that are usually co-terminus with the boundaries of census blocks and voter precincts.

7. Retain Existing District Boundaries. New districting plans may seek to retain the boundaries of the existing districts and to preserve the core of existing districts to the extent possible. As is the case with following significant natural and man-made boundaries (above), recognizing existing district boundaries creates plans and districts that are easier to understand by the electorate, and boundaries that are usually co-terminus with the boundaries of census blocks and voter precincts.

8. Avoid Splitting Communities of Interest. District boundaries should seek to avoid splitting communities (e.g., neighborhoods, HOAs or redevelopment zones) that have similar interests, where possible.

9. Party Affiliation. While the party affiliation of registered voters may be considered in the redistricting process, it is commonly not used at the local level – especially in jurisdictions where the governing body is elected without regard to party affiliation. We have never considered party affiliation in any of the plans that we have developed.

**Existing Zone Map**

Attached please find a map of the existing districts or zones which uses the 2020 Census data and has previously been provided to you. The largest district (Zone 4) is 28.4% over the "ideal" or average district size. The smallest district (Zone 3) is 18.5% under the ideal size. This results in a spread of 46.9 percentage points – well beyond the generally acceptable spread of 10 percentage points. The City must therefore redraw its district or zone boundaries in a manner that reduces the spread to 10 percentage points or less.

What the Existing Zones map and statistics indicate is that District 4 must be significantly contracted, logically by moving much of its eastern boundary in a westerly direction. District 5 must also lose population but to a lesser extent. All of the other districts must gain population.

**Maps of Alternative Plans**

We have prepared eight alternative maps or plans. They are attached, along with tables of detailed statistical information. The shaded areas denote the existing district boundaries. The black lines indicate proposed boundaries. The maps generally begin with one of two alternative approaches:

1. <u>Two districts covering the barrier island.</u> In each of Alternative Plans 2, 3, 3A, 3B and 3B1, the barrier island is split amongst two districts along International Speedway Boulevard.

   In each of these plans, we were unable to maintain Zones 5 and 6 as minority majority districts. In some of the plans, the African American population of Zone 6 increased from just over 55% to 60% but the same population in Zone 5 decreased from 55% to less than 50%. In Alternative 2, the African American population of both Zones 5 and 6 decreased to less than 45%.

   Among the various plans providing for two barrier zone districts, Alternative 3B1 came closest to maintaining Zone 5 as a majority minority district. However, that alternative would still result in a decrease in Zone 5's African American population from 54.95% to 49.37%, while increasing Zone 6's African American population from 55.48% to 58.36%.

   Also, in Alternative 3B, the spread between the largest and smallest districts was more than 10 percentage points.

2. <u>Three districts covering the barrier island.</u> Alternative Plans 1, 1A and 1B maintain the current practice of the barrier island being split amongst three districts.

   In each of these alternative plans, the African American population of Zone 6 remains constant. Depending on the Plan, the African American population of Zone 5 decreases to 51% or 52% but is still a minority majority district, and Zone 3 becomes a minority influence district with an African American population of 41% or 42%.

   Each of these alternative plans maintain the cores of the existing districts and existing district boundaries to the extent possible. Most of the eastern boundary of Zone 4 is moved in a westerly direction to I-95 (an easily understood boundary) and the western boundary of Zone 5 is likewise moved west to I-95. Alternatives 1, 1A and 1B under populate Zone 4, move the Georgetown neighborhood from Zone 4 into Zone 1, and have a spread between the largest and smallest deviations from the mean of well under 10 percentage points.

The differences between Alternative 1, and Alternatives 1A and 1B are as follows:

- Alternative 1A begins with Alternative 1 and then moves the area bounded by Brentwood Drive, Vine Street, Mason Avenue and North Nova Road, from proposed Zone 2 back into Zone 5. It also moves Bethune Point Park and the surrounding area from proposed Zone 3 back into Zone 1.

- Alternative 1B begins with Alternative 1A and then moves the area bounded by North Nova Road, Mary McLeod Bethune Boulevard, North Keech Street and George Engram Boulevard, from proposed Zone 3 back into Zone 6. It also moves that area bounded by North street, North Ridgewood Avenue, Fairview Avenue and the Florida East Coast Railway, from existing Zone 3 into proposed Zone 2.

A detailed spreadsheet of statistical information for all of the maps is attached, which adds Voting Age Population (VAP) to the spreadsheet embedded in the maps. Also attached is a hardcopy of the PowerPoint that was presented to you on June 5, 2025.

Additional information on redistricting may be found at www.KSAnet.net and in two webinars that KSA presented for the Florida League of Cities: Redrawing Council Districts (January 2021) and Redistricting - Keeping Representation at the Core (May 2025).

Please feel free to contact me should you have any questions.

Attachments

cc: Ben Gross

**City of Daytona Beach**
**Redistricting Options**

| Current Zones | | | Spread = 46.94 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ZONE | 2020 Population IDEAL | 2020 Population ACTUAL | Population Deviation | Percent Deviation | Population White | Percent White | Population Black | Percent Black | Population Other | Percent Other | Population Hispanic | Percent Hispanic |
| Zone 1 | 11,912 | 11,424 | (488) | -4.10% | 7,594 | 66.47% | 2,512 | 21.99% | 1,318 | 11.54% | 1,005 | 8.80% |
| *Voting Age Population* | | *10,054* | | | *6,988* | 69.50% | *1,956* | 19.45% | *1,110* | 11.04% | *783* | 7.79% |
| Zone 2 | 11,912 | 9,958 | (1,954) | -16.41% | 6,196 | 62.22% | 2,630 | 26.41% | 1,132 | 11.37% | 929 | 9.33% |
| *Voting Age Population* | | *8,348* | | | *5,596* | *67.03%* | *1,879* | *22.51%* | *873* | *10.46%* | *686* | *8.22%* |
| Zone 3 | 11,912 | 9,708 | (2,204) | -18.50% | 5,689 | 58.60% | 2,988 | 30.78% | 1,031 | 10.62% | 965 | 9.94% |
| *Voting Age Population* | | *8,672* | | | *5,268* | *60.75%* | *2,577* | *29.72%* | *827* | *9.54%* | *728* | *8.39%* |
| Zone 4 | 11,912 | 15,300 | 3,388 | 28.44% | 10,708 | 69.99% | 2,602 | 17.01% | 1,990 | 13.01% | 1,214 | 7.93% |
| *Voting Age Population* | | *13,247* | | | *9,684* | *73.10%* | *1,860* | *14.04%* | *1,703* | *12.86%* | *950* | *7.17%* |
| Zone 5 | 11,912 | 13,442 | 1,530 | 12.84% | 4,590 | 34.15% | 7,387 | 54.95% | 1,465 | 10.90% | 1,275 | 9.49% |
| *Voting Age Population* | | *10,651* | | | *4,076* | *38.27%* | *5,418* | *50.87%* | *1,157* | *10.86%* | *945* | *8.87%* |
| Zone 6 | 11,912 | 11,642 | (270) | -2.27% | 3,864 | 33.19% | 6,459 | 55.48% | 1,319 | 11.33% | 1,229 | 10.56% |
| *Voting Age Population* | | *9,352* | | | *3,533* | *37.78%* | *4,714* | *50.41%* | *1,105* | *11.82%* | *941* | *10.06%* |
| **Totals** | **71,474** | **71,474** | | | **38,641** | | **24,578** | | **8,255** | | **6,617** | |
| *Voting Age Population* | | *60,324* | | | *35,145* | | *18,404* | | *6,775* | | *5,033* | |

| Alternative 1 | | | Spread = 6.56 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ZONE | 2020 Population IDEAL | 2020 Population ACTUAL | Population Deviation | Percent Deviation | Population White | Percent White | Population Black | Percent Black | Population Other | Percent Other | Population Hispanic | Percent Hispanic |
| Zone 1 | 11,912 | 12,305 | 393 | 3.30% | 8,148 | 66.22% | 2,786 | 22.64% | 1,371 | 11.14% | 1,049 | 8.52% |
| *Voting Age Population* | | *10,624* | | | *7,415* | 69.79% | *2,057* | 19.36% | *1,152* | 10.84% | *808* | 7.61% |
| Zone 2 | 11,912 | 11,565 | (347) | -2.92% | 7,837 | 67.76% | 2,380 | 20.58% | 1,348 | 11.66% | 1,115 | 9.64% |
| *Voting Age Population* | | *10,014* | | | *7,160* | *71.50%* | *1,806* | *18.03%* | *1,048* | *10.47%* | *826* | *8.25%* |
| Zone 3 | 11,912 | 12,190 | 278 | 2.33% | 5,917 | 48.54% | 5,066 | 41.56% | 1,207 | 9.90% | 1,160 | 9.52% |
| *Voting Age Population* | | *10,367* | | | *5,381* | *51.91%* | *4,021* | *38.79%* | *965* | *9.31%* | *852* | *8.22%* |
| Zone 4 | 11,912 | 11,553 | (359) | -3.02% | 8,308 | 71.91% | 1,692 | 14.65% | 1,553 | 13.44% | 895 | 7.75% |
| *Voting Age Population* | | *10,285* | | | *7,618* | *74.07%* | *1,319* | *12.82%* | *1,348* | *13.11%* | *740* | *7.19%* |
| Zone 5 | 11,912 | 11,540 | (372) | -3.13% | 4,257 | 36.89% | 5,935 | 51.43% | 1,348 | 11.68% | 1,105 | 9.58% |
| *Voting Age Population* | | *9,098* | | | *3,761* | *41.34%* | *4,261* | *46.83%* | *1,076* | *11.83%* | *813* | *8.94%* |
| Zone 6 | 11,912 | 12,321 | 409 | 3.43% | 4,174 | 33.88% | 6,719 | 54.53% | 1,428 | 11.59% | 1,293 | 10.49% |
| *Voting Age Population* | | *9,936* | | | *3,810* | *38.35%* | *4,940* | *49.72%* | *1,186* | *11.94%* | *994* | *10.00%* |
| **Totals** | **71,474** | **71,474** | | | **38,641** | | **24,578** | | **8,255** | | **6,617** | |
| *Voting Age Population* | | *60,324* | | | *35,145* | | *18,404* | | *6,775* | | *5,033* | |

**City of Daytona Beach**
**Redistricting Options**

| Alternative 1A | | | Spread = 8.27 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZONE | 2020 Population IDEAL | 2020 Population ACTUAL | Population Deviation | Percent Deviation | Population White | Percent White | Population Black | Percent Black | Population Other | Percent Other | Population Hispanic | Percent Hispanic |
| Zone 1 | 11,913.00 | 12,380 | 467 | 3.92% | 8,214 | 66.35% | 2,792 | 22.55% | 1,374 | 11.10% | 1,058 | 8.55% |
| *Voting Age Population* | | *10,688* | | | *7,474* | 69.93% | *2,059* | 19.26% | *1,155* | 10.81% | *814* | 7.62% |
| Zone 2 | 11,913 | 11,395 | (518) | -4.35% | 7,810 | 68.54% | 2,247 | 19.72% | 1,338 | 11.74% | 1,105 | 9.70% |
| *Voting Age Population* | | *9,863* | | | *7,135* | *72.34%* | *1,690* | *17.13%* | *1,038* | *10.52%* | *818* | *8.29%* |
| Zone 3 | 11,913 | 12,115 | 202 | 1.70% | 5,851 | 48.30% | 5,060 | 41.77% | 1,204 | 9.94% | 1,151 | 9.50% |
| *Voting Age Population* | | *10,303* | | | *5,322* | *51.65%* | *4,019* | *39.01%* | *962* | *9.34%* | *846* | *8.21%* |
| Zone 4 | 11,913 | 11,557 | (356) | -2.99% | 8,311 | 71.91% | 1,692 | 14.64% | 1,554 | 13.45% | 896 | 7.75% |
| *Voting Age Population* | | *10,289* | | | *7,621* | *74.07%* | *1,319* | *12.82%* | *1,349* | *13.11%* | *741* | *7.20%* |
| Zone 5 | 11,913 | 11,710 | (203) | -1.70% | 4,284 | 36.58% | 6,068 | 51.82% | 1,358 | 11.60% | 1,115 | 9.52% |
| *Voting Age Population* | | *9,249* | | | *3,786* | *40.93%* | *4,377* | *47.32%* | *1,086* | *11.74%* | *821* | *8.88%* |
| Zone 6 | 11,913 | 12,321 | 408 | 3.42% | 4,174 | 33.88% | 6,719 | 54.53% | 1,428 | 11.59% | 1,293 | 10.49% |
| *Voting Age Population* | | *9,936* | | | *3,810* | *38.35%* | *4,940* | *49.72%* | *1,186* | *11.94%* | *994* | *10.00%* |
| **Totals** | **71,478** | **71,478** | | | **38,644** | | **24,578** | | **8,256** | | **6,618** | |
| *Voting Age Population* | | *60,328* | | | *35,148* | | *18,404* | | *6,776* | | *5,034* | |

| Alternative 1B | | | Spread = 8.33 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZONE | 2020 Population IDEAL | 2020 Population ACTUAL | Population Deviation | Percent Deviation | Population White | Percent White | Population Black | Percent Black | Population Other | Percent Other | Population Hispanic | Percent Hispanic |
| Zone 1 | 11,913 | 12,380 | 467 | 3.92% | 8,214 | 66.35% | 2,792 | 22.55% | 1,374 | 11.10% | 1,058 | 8.55% |
| *Voting Age Population* | | *10,688* | | | *7,474* | 69.93% | *2,059* | 19.26% | *1,155* | 10.81% | *814* | 7.62% |
| Zone 2 | 11,913 | 11,572 | (341) | -2.86% | 7,886 | 68.15% | 2,296 | 19.84% | 1,390 | 12.01% | 1,171 | 10.12% |
| *Voting Age Population* | | *10,009* | | | *7,208* | *72.02%* | *1,723* | *17.21%* | *1,078* | *10.77%* | *871* | *8.70%* |
| Zone 3 | 11,913 | 11,710 | (203) | -1.70% | 5,757 | 49.16% | 4,810 | 41.08% | 1,143 | 9.76% | 1,068 | 9.12% |
| *Voting Age Population* | | *9,993* | | | *5,234* | *52.38%* | *3,840* | *38.43%* | *919* | *9.20%* | *782* | *7.83%* |
| Zone 4 | 11,913 | 11,557 | (356) | -2.99% | 8,311 | 71.91% | 1,692 | 14.64% | 1,554 | 13.45% | 896 | 7.75% |
| *Voting Age Population* | | *10,289* | | | *7,621* | *74.07%* | *1,319* | *12.82%* | *1,349* | *13.11%* | *741* | *7.20%* |
| Zone 5 | 11,913 | 11,710 | (203) | -1.70% | 4,284 | 36.58% | 6,068 | 51.82% | 1,358 | 11.60% | 1,115 | 9.52% |
| *Voting Age Population* | | *9,249* | | | *3,786* | *40.93%* | *4,377* | *47.32%* | *1,086* | *11.74%* | *821* | *8.88%* |
| Zone 6 | 11,913 | 12,549 | 636 | 5.34% | 4,192 | 33.41% | 6,920 | 55.14% | 1,437 | 11.45% | 1,310 | 10.44% |
| *Voting Age Population* | | *10,100* | | | *3,825* | *37.87%* | *5,086* | *50.36%* | *1,189* | *11.77%* | *1,005* | *9.95%* |
| **Totals** | **71,478** | **71,478** | | | **38,644** | | **24,578** | | **8,256** | | **6,618** | |
| *Voting Age Population* | | *60,328* | | | *35,148* | | *18,404* | | *6,776* | | *5,034* | |

**City of Daytona Beach**
**Redistricting Options**

| Alternative 2 | | | | *Spread = 8.91* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ZONE** | **2020 Population IDEAL** | **2020 Population ACTUAL** | **Population Deviation** | **Percent Deviation** | **Population White** | **Percent White** | **Population Black** | **Percent Black** | **Population Other** | **Percent Other** | **Population Hispanic** | **Percent Hispanic** |
| **Zone 1** | 11,912 | 12,118 | 206 | 1.73% | 8,409 | 69.39% | 2,384 | 19.67% | 1,325 | 10.93% | 1,036 | 8.55% |
| *Voting Age Population* | | *10,661* | | | *7,746* | 72.66% | *1,830* | 17.17% | *1,085* | 10.18% | *791* | 7.42% |
| **Zone 2** | 11,912 | 11,882 | (30) | -0.25% | 7,904 | 66.52% | 2,527 | 21.27% | 1,451 | 12.21% | 1,177 | 9.91% |
| *Voting Age Population* | | *10,305* | | | *7,233* | *70.19%* | *1,931* | *18.74%* | *1,141* | *11.07%* | *892* | *8.66%* |
| **Zone 3** | 11,912 | 11,287 | (625) | -5.25% | 2,819 | 24.98% | 7,642 | 67.71% | 826 | 7.32% | 915 | 8.11% |
| *Voting Age Population* | | *8,903* | | | *2,498* | *28.06%* | *5,784* | *64.97%* | *621* | *6.98%* | *608* | *6.83%* |
| **Zone 4** | 11,912 | 12,348 | 436 | 3.66% | 8,711 | 70.55% | 1,978 | 16.02% | 1,659 | 13.44% | 961 | 7.78% |
| *Voting Age Population* | | *10,658* | | | *7,799* | *73.18%* | *1,415* | *13.28%* | *1,444* | *13.55%* | *774* | *7.26%* |
| **Zone 5** | 11,912 | 12,110 | 198 | 1.66% | 5,323 | 43.96% | 5,447 | 44.98% | 1,340 | 11.07% | 1,108 | 9.15% |
| *Voting Age Population* | | *9,799* | | | *4,771* | *48.69%* | *3,985* | *40.67%* | *1,043* | *10.64%* | *807* | *8.24%* |
| **Zone 6** | 11,912 | 11,729 | (183) | -1.54% | 5,475 | 46.68% | 4,600 | 39.22% | 1,654 | 14.10% | 1,420 | 12.11% |
| *Voting Age Population* | | *9,998* | | | *5,098* | *50.99%* | *3,459* | *34.60%* | *1,441* | *14.41%* | *1,161* | *11.61%* |
| **Totals** | **71,474** | **71,474** | | | **38,641** | | **24,578** | | **8,255** | | **6,617** | |
| *Voting Age Population* | | *60,324* | | | *35,145* | | *18,404* | | *6,775* | | *5,033* | |

| Alternative 3 | | | | *Spread = 8.07* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ZONE** | **2020 Population IDEAL** | **2020 Population ACTUAL** | **Population Deviation** | **Percent Deviation** | **Population White** | **Percent White** | **Population Black** | **Percent Black** | **Population Other** | **Percent Other** | **Population Hispanic** | **Percent Hispanic** |
| **Zone 1** | 11,912 | 12,261 | 349 | 2.93% | 8,474 | 69.11% | 2,423 | 19.76% | 1,364 | 11.12% | 1,077 | 8.78% |
| *Voting Age Population* | | *10,773* | | | *7,807* | 72.47% | *1,854* | 17.21% | *1,112* | 10.32% | *819* | 7.60% |
| **Zone 2** | 11,912 | 11,882 | (30) | -0.25% | 7,904 | 66.52% | 2,527 | 21.27% | 1,451 | 12.21% | 1,177 | 9.91% |
| *Voting Age Population* | | *10,305* | | | *7,233* | *70.19%* | *1,931* | *18.74%* | *1,141* | *11.07%* | *892* | *8.66%* |
| **Zone 3** | 11,912 | 11,627 | (285) | -2.40% | 5,359 | 46.09% | 4,918 | 42.30% | 1,350 | 11.61% | 1,273 | 10.95% |
| *Voting Age Population* | | *9,553* | | | *4,922* | *51.52%* | *3,474* | *36.37%* | *1,157* | *12.11%* | *985* | *10.31%* |
| **Zone 4** | 11,912 | 11,488 | (424) | -3.56% | 8,290 | 72.16% | 1,671 | 14.55% | 1,527 | 13.29% | 852 | 7.42% |
| *Voting Age Population* | | *9,928* | | | *7,434* | *74.88%* | *1,160* | *11.68%* | *1,334* | *13.44%* | *688* | *6.93%* |
| **Zone 5** | 11,912 | 12,449 | 537 | 4.51% | 5,071 | 40.73% | 5,995 | 48.16% | 1,383 | 11.11% | 1,170 | 9.40% |
| *Voting Age Population* | | *9,970* | | | *4,485* | *44.98%* | *4,415* | *44.28%* | *1,070* | *10.73%* | *848* | *8.51%* |
| **Zone 6** | 11,912 | 11,767 | (145) | -1.22% | 3,543 | 30.11% | 7,044 | 59.86% | 1,180 | 10.03% | 1,068 | 9.08% |
| *Voting Age Population* | | *9,795* | | | *3,264* | *33.32%* | *5,570* | *56.87%* | *961* | *9.81%* | *801* | *8.18%* |
| **Totals** | **71,474** | **71,474** | | | **38,641** | | **24,578** | | **8,255** | | **6,617** | |
| *Voting Age Population* | | *60,324* | | | *35,145* | | *18,404* | | *6,775* | | *5,033* | |

**City of Daytona Beach**
**Redistricting Options**

| Alternative 3A | | | *Spread = 6.49* | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ZONE** | **2020 Population IDEAL** | **2020 Population ACTUAL** | **Population Deviation** | **Percent Deviation** | **Population White** | **Percent White** | **Population Black** | **Percent Black** | **Population Other** | **Percent Other** | **Population Hispanic** | **Percent Hispanic** |
| **Zone 1** | 11,912 | 12,261 | 349 | 2.93% | 8,474 | 69.11% | 2,423 | 19.76% | 1,364 | 11.12% | 1,077 | 8.78% |
| *Voting Age Population* | | *10,773* | | | *7,807* | 72.47% | *1,854* | 17.21% | *1,112* | 10.32% | *819* | 7.60% |
| **Zone 2** | 11,912 | 11,882 | (30) | -0.25% | 7,904 | 66.52% | 2,527 | 21.27% | 1,451 | 12.21% | 1,177 | 9.91% |
| *Voting Age Population* | | *10,305* | | | *7,233* | *70.19%* | *1,931* | *18.74%* | *1,141* | *11.07%* | *892* | *8.66%* |
| **Zone 3** | 11,912 | 11,627 | (285) | -2.40% | 5,359 | 46.09% | 4,918 | 42.30% | 1,350 | 11.61% | 1,273 | 10.95% |
| *Voting Age Population* | | *9,553* | | | *4,922* | *51.52%* | *3,474* | *36.37%* | *1,157* | *12.11%* | *985* | *10.31%* |
| **Zone 4** | 11,912 | 11,488 | (424) | -3.56% | 8,290 | 72.16% | 1,671 | 14.55% | 1,527 | 13.29% | 852 | 7.42% |
| *Voting Age Population* | | *9,928* | | | *7,434* | *74.88%* | *1,160* | *11.68%* | *1,334* | *13.44%* | *688* | *6.93%* |
| **Zone 5** | 11,912 | 12,146 | 234 | 1.96% | 4,985 | 41.04% | 5,801 | 47.76% | 1,360 | 11.20% | 1,142 | 9.40% |
| *Voting Age Population* | | *9,729* | | | *4,410* | *45.33%* | *4,265* | *43.84%* | *1,054* | *10.83%* | *826* | *8.49%* |
| **Zone 6** | 11,912 | 12,070 | 158 | 1.32% | 3,629 | 30.07% | 7,238 | 59.97% | 1,203 | 9.97% | 1,096 | 9.08% |
| *Voting Age Population* | | *10,036* | | | *3,339* | *33.27%* | *5,720* | *56.99%* | *977* | *9.73%* | *823* | *8.20%* |
| **Totals** | **71,474** | **71,474** | | | **38,641** | | **24,578** | | **8,255** | | **6,617** | |
| *Voting Age Population* | | *60,324* | | | *35,145* | | *18,404* | | *6,775* | | *5,033* | |

| Alternative 3B | | | *Spread = 10.05* | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ZONE** | **2020 Population IDEAL** | **2020 Population ACTUAL** | **Population Deviation** | **Percent Deviation** | **Population White** | **Percent White** | **Population Black** | **Percent Black** | **Population Other** | **Percent Other** | **Population Hispanic** | **Percent Hispanic** |
| **Zone 1** | 11,912 | 12,261 | 349 | 2.93% | 8,474 | 69.11% | 2,423 | 19.76% | 1,364 | 11.12% | 1,077 | 8.78% |
| *Voting Age Population* | | *10,773* | | | *7,807* | 72.47% | *1,854* | 17.21% | *1,112* | 10.32% | *819* | 7.60% |
| **Zone 2** | 11,912 | 11,882 | (30) | -0.25% | 7,904 | 66.52% | 2,527 | 21.27% | 1,451 | 12.21% | 1,177 | 9.91% |
| *Voting Age Population* | | *10,305* | | | *7,233* | *70.19%* | *1,931* | *18.74%* | *1,141* | *11.07%* | *892* | *8.66%* |
| **Zone 3** | 11,912 | 11,627 | (285) | -2.40% | 5,359 | 46.09% | 4,918 | 42.30% | 1,350 | 11.61% | 1,273 | 10.95% |
| *Voting Age Population* | | *9,553* | | | *4,922* | *51.52%* | *3,474* | *36.37%* | *1,157* | *12.11%* | *985* | *10.31%* |
| **Zone 4** | 11,912 | 11,488 | (424) | -3.56% | 8,290 | 72.16% | 1,671 | 14.55% | 1,527 | 13.29% | 852 | 7.42% |
| *Voting Age Population* | | *9,928* | | | *7,434* | *74.88%* | *1,160* | *11.68%* | *1,334* | *13.44%* | *688* | *6.93%* |
| **Zone 5** | 11,912 | 12,686 | 774 | 6.49% | 5,103 | 40.23% | 6,176 | 48.68% | 1,407 | 11.09% | 1,188 | 9.36% |
| *Voting Age Population* | | *10,159* | | | *4,508* | *44.37%* | *4,563* | *44.92%* | *1,088* | *10.71%* | *857* | *8.44%* |
| **Zone 6** | 11,912 | 11,530 | (382) | -3.21% | 3,511 | 30.45% | 6,863 | 59.52% | 1,156 | 10.03% | 1,050 | 9.11% |
| *Voting Age Population* | | *9,606* | | | *3,241* | *33.74%* | *5,422* | *56.44%* | *943* | *9.82%* | *792* | *8.24%* |
| **Totals** | **71,474** | **71,474** | | | **38,641** | | **24,578** | | **8,255** | | **6,617** | |
| *Voting Age Population* | | *60,324* | | | *35,145* | | *18,404* | | *6,775* | | *5,033* | |

**City of Daytona Beach**
**Redistricting Options**

| **Alternative 3B1** | | | | ***Spread = 6.49*** | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ZONE** | **2020 Population IDEAL** | **2020 Population ACTUAL** | **Population Deviation** | **Percent Deviation** | **Population White** | **Percent White** | **Population Black** | **Percent Black** | **Population Other** | **Percent Other** | **Population Hispanic** | **Percent Hispanic** |
| **Zone 1** | 11,912 | 12,261 | 349 | 2.93% | 8,474 | 69.11% | 2,423 | 19.76% | 1,364 | 11.12% | 1,077 | 8.78% |
| *Voting Age Population* | | *10,773* | | | *7,807* | 72.47% | *1,854* | 17.21% | *1,112* | 10.32% | *819* | 7.60% |
| **Zone 2** | 11,912 | 11,882 | (30) | -0.25% | 7,904 | 66.52% | 2,527 | 21.27% | 1,451 | 12.21% | 1,177 | 9.91% |
| *Voting Age Population* | | *10,305* | | | *7,233* | *70.19%* | *1,931* | *18.74%* | *1,141* | *11.07%* | *892* | *8.66%* |
| **Zone 3** | 11,912 | 11,627 | (285) | -2.40% | 5,359 | 46.09% | 4,918 | 42.30% | 1,350 | 11.61% | 1,273 | 10.95% |
| *Voting Age Population* | | *9,553* | | | *4,922* | *51.52%* | *3,474* | *36.37%* | *1,157* | *12.11%* | *985* | *10.31%* |
| **Zone 4** | 11,912 | 11,488 | (424) | -3.56% | 8,290 | 72.16% | 1,671 | 14.55% | 1,527 | 13.29% | 852 | 7.42% |
| *Voting Age Population* | | *9,928* | | | *7,434* | *74.88%* | *1,160* | *11.68%* | *1,334* | *13.44%* | *688* | *6.93%* |
| **Zone 5** | 11,912 | 12,169 | 257 | 2.15% | 4,805 | 39.49% | 6,008 | 49.37% | 1,356 | 11.14% | 1,136 | 9.34% |
| *Voting Age Population* | | *9,697* | | | *4,233* | *43.65%* | *4,420* | *45.58%* | *1,044* | *10.77%* | *816* | *8.41%* |
| **Zone 6** | 11,912 | 12,047 | 135 | 1.13% | 3,809 | 31.62% | 7,031 | 58.36% | 1,207 | 10.02% | 1,102 | 9.15% |
| *Voting Age Population* | | *10,068* | | | *3,516* | *34.92%* | *5,565* | *55.27%* | *987* | *9.80%* | *833* | *8.27%* |
| **Totals** | **71,474** | **71,474** | | | **38,641** | | **24,578** | | **8,255** | | **6,617** | |
| *Voting Age Population* | | *60,324* | | | *35,145* | | *18,404* | | *6,775* | | *5,033* | |

# Daytona Beach
# Alternative 1A




| Zone | 2020 Population IDEAL | 2020 Population ACTUAL | Population Deviation | Percent Deviation | Population White | Percent White | Population Black | Percent Black | Population Other | Percent Other | Population Hispanic | Percent Hispanic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone 1 | 11913.00 | 12380 | 467.00 | 3.9% | 8214 | 66% | 2792 | 23% | 1374 | 11% | 1058 | 9% |
| Zone 2 | 11913.00 | 11395 | -518.00 | -4.3% | 7810 | 69% | 2247 | 20% | 1338 | 12% | 1105 | 10% |
| Zone 3 | 11913.00 | 12115 | 202.00 | 1.7% | 5851 | 48% | 5060 | 42% | 1204 | 10% | 1151 | 10% |
| Zone 4 | 11913.00 | 11557 | -356.00 | -3.0% | 8311 | 72% | 1692 | 15% | 1554 | 13% | 896 | 8% |
| Zone 5 | 11913.00 | 11710 | -203.00 | -1.7% | 4284 | 37% | 6068 | 52% | 1358 | 12% | 1115 | 10% |
| Zone 6 | 11913.00 | 12321 | 408.00 | 3.4% | 4174 | 34% | 6719 | 55% | 1428 | 12% | 1293 | 10% |
| **Totals** | **71,478** | **71478** | **0.00** | **0.0%** | **38644** | - | **24578** | - | **8256** | - | **6618** | - |

# Daytona Beach
# Alternative 1B

KSA Governmental Consultants




| Zone | 2020 Population IDEAL | 2020 Population ACTUAL | Population Deviation | Percent Deviation | Population White | Percent White | Population Black | Percent Black | Population Other | Percent Other | Population Hispanic | Percent Hispanic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone 1 | 11913.00 | 12380 | 467.00 | 3.9% | 8214 | 66% | 2792 | 23% | 1374 | 11% | 1058 | 9% |
| Zone 2 | 11913.00 | 11572 | -341.00 | -2.9% | 7886 | 68% | 2296 | 20% | 1390 | 12% | 1171 | 10% |
| Zone 3 | 11913.00 | 11710 | -203.00 | -1.7% | 5757 | 49% | 4810 | 41% | 1143 | 10% | 1068 | 9% |
| Zone 4 | 11913.00 | 11557 | -356.00 | -3.0% | 8311 | 72% | 1692 | 15% | 1554 | 13% | 896 | 8% |
| Zone 5 | 11913.00 | 11710 | -203.00 | -1.7% | 4284 | 37% | 6068 | 52% | 1358 | 12% | 1115 | 10% |
| Zone 6 | 11913.00 | 12549 | 636.00 | 5.3% | 4192 | 33% | 6920 | 55% | 1437 | 11% | 1310 | 10% |
| **Totals** | **71,478** | **71478** | **0.00** | **0.0%** | **38644** | - | **24578** | - | **8256** | - | **6618** | - |

# Daytona Beach Alternative 1

KSA Governmental Consultants




| Zone | 2020 Population IDEAL | 2020 Population ACTUAL | Population Deviation | Percent Deviation | Population White | Percent White | Population Black | Percent Black | Population Other | Percent Other | Population Hispanic | Percent Hispanic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone 1 | 11912.33 | 12305 | 392.67 | 3.3% | 8148 | 66% | 2786 | 23% | 1371 | 11% | 1049 | 9% |
| Zone 2 | 11912.33 | 11565 | -347.33 | -2.9% | 7837 | 68% | 2380 | 21% | 1348 | 12% | 1115 | 10% |
| Zone 3 | 11912.33 | 12190 | 277.67 | 2.3% | 5917 | 49% | 5066 | 42% | 1207 | 10% | 1160 | 10% |
| Zone 4 | 11912.33 | 11553 | -359.33 | -3.0% | 8308 | 72% | 1692 | 15% | 1553 | 13% | 895 | 8% |
| Zone 5 | 11912.33 | 11540 | -372.33 | -3.1% | 4257 | 37% | 5935 | 51% | 1348 | 12% | 1105 | 10% |
| Zone 6 | 11912.33 | 12321 | 408.67 | 3.4% | 4174 | 34% | 6719 | 55% | 1428 | 12% | 1293 | 10% |
| **Totals** | **71,474** | **71474** | **0.00** | **0.0%** | **38641** | - | **24578** | - | **8255** | - | **6617** | - |

# Daytona Beach
# Alternative 2




| Zone | 2020 Population IDEAL | 2020 Population ACTUAL | Population Deviation | Percent Deviation | Population White | Percent White | Population Black | Percent Black | Population Other | Percent Other | Population Hispanic | Percent Hispanic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone 1 | 11912.33 | 12118 | 205.67 | 1.7% | 8409 | 69% | 2384 | 20% | 1325 | 11% | 1036 | 9% |
| Zone 2 | 11912.33 | 11882 | -30.33 | -0.3% | 7904 | 67% | 2527 | 21% | 1451 | 12% | 1177 | 10% |
| Zone 3 | 11912.33 | 11287 | -625.33 | -5.2% | 2819 | 25% | 7642 | 68% | 826 | 7% | 915 | 8% |
| Zone 4 | 11912.33 | 12348 | 435.67 | 3.7% | 8711 | 71% | 1978 | 16% | 1659 | 13% | 961 | 8% |
| Zone 5 | 11912.33 | 12110 | 197.67 | 1.7% | 5323 | 44% | 5447 | 45% | 1340 | 11% | 1108 | 9% |
| Zone 6 | 11912.33 | 11729 | -183.33 | -1.5% | 5475 | 47% | 4600 | 39% | 1654 | 14% | 1420 | 12% |
| **Totals** | **71,474** | **71474** | **0.00** | **0.0%** | **38641** | - | **24578** | - | **8255** | - | **6617** | - |

# Daytona Beach Alternative 3

KSA Governmental Consultants




| Zone | 2020 Population IDEAL | 2020 Population ACTUAL | Population Deviation | Percent Deviation | Population White | Percent White | Population Black | Percent Black | Population Other | Percent Other | Population Hispanic | Percent Hispanic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone 1 | 11912.33 | 12261 | 348.67 | 2.9% | 8474 | 69% | 2423 | 20% | 1364 | 11% | 1077 | 9% |
| Zone 2 | 11912.33 | 11882 | -30.33 | -0.3% | 7904 | 67% | 2527 | 21% | 1451 | 12% | 1177 | 10% |
| Zone 3 | 11912.33 | 11627 | -285.33 | -2.4% | 5359 | 46% | 4918 | 42% | 1350 | 12% | 1273 | 11% |
| Zone 4 | 11912.33 | 11488 | -424.33 | -3.6% | 8290 | 72% | 1671 | 15% | 1527 | 13% | 852 | 7% |
| Zone 5 | 11912.33 | 12449 | 536.67 | 4.5% | 5071 | 41% | 5995 | 48% | 1383 | 11% | 1170 | 9% |
| Zone 6 | 11912.33 | 11767 | -145.33 | -1.2% | 3543 | 30% | 7044 | 60% | 1180 | 10% | 1068 | 9% |
| **Totals** | **71,474** | **71474** | **0.00** | **0.0%** | **38641** | - | **24578** | - | **8255** | - | **6617** | - |

# Daytona Beach Alternative 3A

KSA Governmental Consultants




| Zone | 2020 Population IDEAL | 2020 Population ACTUAL | Population Deviation | Percent Deviation | Population White | Percent White | Population Black | Percent Black | Population Other | Percent Other | Population Hispanic | Percent Hispanic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone 1 | 11912.33 | 12261 | 348.67 | 2.9% | 8474 | 69% | 2423 | 20% | 1364 | 11% | 1077 | 9% |
| Zone 2 | 11912.33 | 11882 | -30.33 | -0.3% | 7904 | 67% | 2527 | 21% | 1451 | 12% | 1177 | 10% |
| Zone 3 | 11912.33 | 11627 | -285.33 | -2.4% | 5359 | 46% | 4918 | 42% | 1350 | 12% | 1273 | 11% |
| Zone 4 | 11912.33 | 11488 | -424.33 | -3.6% | 8290 | 72% | 1671 | 15% | 1527 | 13% | 852 | 7% |
| Zone 5 | 11912.33 | 12146 | 233.67 | 2.0% | 4985 | 41% | 5801 | 48% | 1360 | 11% | 1142 | 9% |
| Zone 6 | 11912.33 | 12070 | 157.67 | 1.3% | 3629 | 30% | 7238 | 60% | 1203 | 10% | 1096 | 9% |
| **Totals** | **71,474** | **71474** | **0.00** | **0.0%** | **38641** | - | **24578** | - | **8255** | - | **6617** | - |

# Daytona Beach
# Alternative 3B




| Zone | 2020 Population IDEAL | 2020 Population ACTUAL | Population Deviation | Percent Deviation | Population White | Percent White | Population Black | Percent Black | Population Other | Percent Other | Population Hispanic | Percent Hispanic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone 1 | 11912.33 | 12261 | 348.67 | 2.9% | 8474 | 69% | 2423 | 20% | 1364 | 11% | 1077 | 9% |
| Zone 2 | 11912.33 | 11882 | -30.33 | -0.3% | 7904 | 67% | 2527 | 21% | 1451 | 12% | 1177 | 10% |
| Zone 3 | 11912.33 | 11627 | -285.33 | -2.4% | 5359 | 46% | 4918 | 42% | 1350 | 12% | 1273 | 11% |
| Zone 4 | 11912.33 | 11488 | -424.33 | -3.6% | 8290 | 72% | 1671 | 15% | 1527 | 13% | 852 | 7% |
| Zone 5 | 11912.33 | 12686 | 773.67 | 6.5% | 5103 | 40% | 6176 | 49% | 1407 | 11% | 1188 | 9% |
| Zone 6 | 11912.33 | 11530 | -382.33 | -3.2% | 3511 | 30% | 6863 | 60% | 1156 | 10% | 1050 | 9% |
| **Totals** | **71,474** | **71474** | **0.00** | **0.0%** | **38641** | - | **24578** | - | **8255** | - | **6617** | - |

# Daytona Beach
# Alternative 3B1




| Zone | 2020 Population IDEAL | 2020 Population ACTUAL | Population Deviation | Percent Deviation | Population White | Percent White | Population Black | Percent Black | Population Other | Percent Other | Population Hispanic | Percent Hispanic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone 1 | 11912.33 | 12261 | 348.67 | 2.9% | 8474 | 69% | 2423 | 20% | 1364 | 11% | 1077 | 9% |
| Zone 2 | 11912.33 | 11882 | -30.33 | -0.3% | 7904 | 67% | 2527 | 21% | 1451 | 12% | 1177 | 10% |
| Zone 3 | 11912.33 | 11627 | -285.33 | -2.4% | 5359 | 46% | 4918 | 42% | 1350 | 12% | 1273 | 11% |
| Zone 4 | 11912.33 | 11488 | -424.33 | -3.6% | 8290 | 72% | 1671 | 15% | 1527 | 13% | 852 | 7% |
| Zone 5 | 11912.33 | 12169 | 256.67 | 2.2% | 4805 | 39% | 6008 | 49% | 1356 | 11% | 1136 | 9% |
| Zone 6 | 11912.33 | 12047 | 134.67 | 1.1% | 3809 | 32% | 7031 | 58% | 1207 | 10% | 1102 | 9% |
| **Totals** | **71,474** | **71474** | **0.00** | **0.0%** | **38641** | - | **24578** | - | **8255** | - | **6617** | - |