# Daytona Beach City Commission Meeting
# August 20, 2025

Transcript of video recording available at:
https://www.youtube.com/watch?v=49zzkfvghNk

## City Commission Meeting – Aug. 20, 2025

[3:04:10]

**Clerk LaMagna:** Moving on to item 10B. It's a city attorney's office redistricting ordinance. This is an introduction of an ordinance on first reading. An ordinance amending Subpart A, Article 2, Section 2 of the City Charter; amending the boundaries of the existing City Commission members' districts within the City of Daytona Beach, Volusia County, Florida; establishing new commission member district boundaries in accordance with Florida Constitution, Florida Statutes, Article 2, Section 2 of the City Charter and other legal requirements; repealing all ordinances or parts of ordinances in conflict herewith; and providing an effective date. And are there any questions or comments from the commission on this item?

**City Attorney Gross:** Commissioners, I do – and Mayor, I do want to let you know that the ordinance that you have in front of you would approve the Alternate 1 map that you all looked at at the workshop. One other thing I want to point out is that when we were distributing the ordinances last week, we inadvertently attached the map for Alternate 1A incorrectly, we've corrected that. The agenda materials that were given to you, the staff report and the agenda summary both accurately reflect that this ordinance would approve the Alternate 1 map. We do have Mr. Spitzer, the consultant here, if you have any specific questions about the map or the ordinance. And I know we've already talked about this at a workshop and we'll of course be bringing this back for a public hearing.

**Commissioner Strickland:** Do we have any maps available to us at this moment?

**City Attorney Gross:** The maps are –

**Clerk LaMagna:** In your back up.

**City Attorney Gross:** In your packet.

**Mayor Henry:** It's in the back up.

**Clerk LaMagna:** And also out in the lobby.

**City Attorney Gross:** Right. They're also out in the lobby. And we're going to keep those maps up on the easels out in the lobby through second reading, assuming it goes forward to second reading. Mr. Strickland, I know why you're asking do we have any maps, and one of the things that you all had a consensus on at the workshop was the consideration of whether the common zone boundary between Zones 2 and 3 on the Beachside, which in the map is right smack dab down Main Street, could be moved southward to include the lots on the south side of Main Street, directly abutting Main Street. You have in the packet Mr. Spitzer's response. It wouldn't be a significant change to the ordinance to make that change, because there's not a lot of population that gets changed as a result. I'll let Mr. Spitzer address that further, but I also want to point out that change has not been made. It could be made, you know, for second reading and public hearing if y'all give us the direction to do that. Mr. Spitzer, do you want to direct that, any – address that further for the Commission?

**Kurt Spitzer:** Can you hear me?

**City Attorney Gross:** Yes.

**Kurt Spitzer:** Good. That's right. We heard the – per your all's direction, we moved that boundary southward so that the boundary would be south of any commercial or non-residential properties that abutted Main Street, right. So it doesn't affect any residential properties. And it just goes just south of the non-residential or commercial properties that abut Main Street. It has no effect on the population numbers of Zone 2 or 3. Now, that said, I'm not sure what the supervisor of elections, how this might affect voter precincts and things like that. That's a separate issue that should be considered with the supervisor.

**Commissioner Strickland:** So you just moved it to the rear property line of the Main Street

businesses on the south side of the street?

**Kurt Spitzer:** Let me see if I can show you this. You should be seeing a satellite image now of where this line would go. And it would follow – it just goes just south of these commercial properties that directly abut Main Street.

**Commissioner Strickland:** Okay, thank you.

**Commissioner Reed:** I have a question. I know you showed us a 1 and a 1A and I was really for 1, but when I went back and looked – can you tell me what zone Cypress Park is in? If we start with 1?

**Female Speaker:** It's in yours.

**Commissioner Reed:** You think it's mine?

**Kurt Spitzer:** Cypress Park –

**Commissioner Reed:** Is that it, the little green square in the pink?

**Kurt Spitzer:** Right here. Yes. This is it. In plan – in zone – in plan Alternative 1, Cypress Park would remain in the new Zone 3.

**Commissioner Reed:** So in zone – so in Map 1, it stays in Zone 6?

**Kurt Spitzer:** No.

**City Attorney Gross:** In the Alternate 1 map, which is the map that's presented, Cypress Park would be in Zone 3.

**Kurt Spitzer:** That's correct.

**City Attorney Gross:** And as Mr. Spitzer explained during the workshop, there was an Alternate 1A and an Alternate 1B, which made very minor changes to the Alternate 1 map, one of which – and Mr. Spitzer, if you'll jump in here – would've been to have Cypress Park remain in Zone –

**Kurt Spitzer:** 6.

**City Attorney Gross:** 6, yeah.

**Commissioner Cantu:** Okay. So the one we're – the one that we are approving is the one that we all agreed on at the workshop.

**City Attorney Gross:** At the workshop.

**Commissioner Cantu:** And that is 1?

**City Attorney Gross:** Alternate 1.

**Kurt Spitzer:** 1.

**Commissioner Cantu:** Alternate 1. Okay.

**City Attorney Gross:** You do have the ability to request some changes to that map between now and second reading.

**Commissioner Cantu:** I think we pretty much agreed.

**Kurt Spitzer:** This is an example. The red lines are the boundary lines of 1B. And so this is where the Cypress Park would remain in Zone 6.

**Commissioner Reed:** What letter is that?

**Commissioner Cantu:** 1B.

**Commissioner Reed:** 1B, now?

**Kurt Spitzer:** 1B. 1B.

**Commissioner Reed:** You were saying 1A.

**City Attorney Gross:** There's an Alternate 1, there's an Alternate 1A, and there's an Alternate 1B. And I believe both the 1A and the 1B would move the Cypress Park back into Zone 6, but Mr. Mr. Spitzer can correct that.

**Kurt Spitzer:** That's not correct. 1A moves Bethune Point Park back into Zone 1. And 1A

also moves this area here back into Zone 5. And this is discussed in my memo to you all. The difference between 1A and 1B is that 1B moves Cypress Park back into Zone 6 and moves this area from Zone 3 back into Zone 2. And the reason that this was done was to keep the spread down under nine points. If this change was not made here, the spread would be closer to 9.7 points, which is still under 10 points, but it just approaches – it approaches 10 quite closely.

**Commissioner Reed:** Okay. So you said all that to say – I really just want to know which maps will keep Cypress Park in Zone 6. 1A and 1B?

**Kurt Spitzer:** 1B.

**Commissioner Reed:** 1B.

**Kurt Spitzer:** 1B.

**Commissioner Reed:** Alright. See, I had 1A down. I know we all, were – how does that affect somebody else? Because nobody lives in the park. There's no people.

**Kurt Spitzer:** Well, there's some population here.

**Commissioner Reed:** Mm-hmm.

**Kurt Spitzer:** It's a – and within this area here, there's about 220, 230 people total.

**Commissioner Reed:** So 1B keeps Zone 6 – keeps Cypress Park in Zone 6 and gives Zone 1 back –

**Female Speaker:** Bethune Point.

**Commissioner Reed:** Bethune Point.

**Kurt Spitzer:** Well, it, yes. 1B is identical to 1A except for 1B moves Cypress Park – keeps Cypress Park back in Zone 6 and makes this change here that we've discussed and puts this square here from Zone 3 into Zone – into proposed Zone 2.

**Commissioner Reed:** Alright. I'm going to move that on second reading that we vote for

Zone – for 1B.

**Commissioner Paris:** I concur.

**Female Speaker(s):** No. No. No.

**Clerk LaMagna:** I'm okay with that.

**Mayor Henry:** I've got to go back and look at them like that. I'll be prepared during that – because I don't – you know, a park is a park, so I don't know. But I have to look at the maps, and my main thing is minority voting.

**Commissioner Reed:** Mm-hmm.

**Commissioner Henry:** Main thing.

**Mayor Henry:** That's my number one thing.

**Clerk LaMagna:** It doesn't affect it. It doesn't change that.

**Commissioner Reed:** It doesn't change that.

**City Attorney Gross:** Let, let's ask the –

**Commissioner Reed:** We're both the two large minority areas.

**City Attorney Gross:** Let ask the – I'm sorry, let's ask the consultant that question because he's done – he's generated those numbers. Mr. Spitzer, when you compare Alternate 1, which is currently the version of the map that would be adopted, to 1A and 1B, how are those three maps different in terms of majority-minority status in 5 and 6 and their impact in making Zone 3 a majority-minority zone of influence – or I'm sorry, a minority zone of influence?

**Kurt Spitzer:** Right. All three of them make Zone 3 into a minority-influence district with a African American population of between 41 and 42%. All three of the maps, 1, 1A, and 1B, have similar effects to each other in terms of Zone 5 and Zone 6. I will say that, to a small extent, 1B maintains the voting-age population, the voting-age African American population, in Zone 6 higher

than 1 or 1A. And the voting-age African American population in Zone 5 in plan 1B is the same as that in 1A. Both of them –

**Mayor Henry:** It doesn't change them.

**Kurt Spitzer:** It's a very minor amount. But, but it –

**Mayor Henry:** I didn't think so.

**Kurt Spitzer:** There are slight increases in voting-age population in Zone 5 and 6 in plan 1B.

**Mayor Henry:** Slight increase in voting-age.

**City Attorney Gross:** And Mr. Spitzer, you mean in voting-age population of African Americans.

**Kurt Spitzer:** Correct. That's right. People who are of 18 years old or older.

**Mayor Henry:** Okay.

**City Attorney Gross:** So normally, you don't have any motion that you make on first reading of an ordinance. And so if no motion is made and approved tonight, we would proceed on second reading to bring the Alternate 1 map back to you for public hearing and a vote.

**Mayor Henry:** Okay. Go ahead. Proceed to bring it back and we'll vote on –

**Clerk LaMagna:** Do they make the changes then at second reading? Is that what –

**City Attorney Gross:** I mean you could at this meeting if you'd like, if you prefer 1A or 1B, move that we swap that out on second reading and bring that one back to you.

**Mayor Henry:** I prefer whatever we had and then it allows us to go back and make sure it's the one out of the ones that we wanted. I was pretty good with all the ones I thought, but I want to be sure.

**Commissioner Reed:** So my motion that you second what, you said I concurred –

**Clerk LaMagna:** There is no motion, yeah.

**Mayor Henry:** There's no motion.

**Commissioner Reed:** Okay. That's what I needed to know.

**Mayor Derrick Henry:** There's no motion. That's for the next time. Yeah.

**Commissioner Reed:** Alright.

**Mayor Henry:** Okay.

**Clerk LaMagna:** Okay. So the public hearing is set for September 3rd.

[3:19:00]

Vanan Online Services, Inc.
Think Service Think Vanan

# Certificate of Transcription

## Transcription Of File Names:

**"City-Commission-Meeting-August-20-2025.mp4"**

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s)

This is to certify the correctness of the Transcription only. We cannot guarantee the veracity of the original File. Our Transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials Transcribed.

A copy of the transcription is attached to this certification.

Kayla Vega, Production Manager

Vanan Online Services, Inc. CORPORATE SEAL Virginia 2016

Date: 24th day of August 2025

Vanan Online Services, Inc.
ATA Member: M-101387
ISO 9001:2015

10711 Spotsylvania Ave., Suite A Fredericksburg VA 22408
Office: (888) 535-5668
Email: support@vananservices.com
Website: www.vananservices.com