# Racially Polarized Voting in Daytona Beach, Florida

Bryant J. Moy, PhD

October 17, 2025

## 1 Executive Summary

In this report, I examine past election data from the City of Daytona Beach, Florida, to determine whether and the extent to which racially polarized voting exists. In addition, I examine whether White-bloc voting is sufficient to defeat the Black-preferred candidate in the city. Racially polarized voting (RPV) exists if minority voters systematically prefer one candidate and the majority ethnic group prefers another. I examine thirty-one elections between 2016 and 2025. Of these thirty-one elections, four are endogenous within-city elections and twenty-seven are exogenous elections from the federal, state, or county levels. I conclude the following:

- Racially polarized voting exists in twenty-five of the thirty-one elections studied.
- White bloc voting is usually not sufficient to defeat the Black-preferred candidate. In the 25 RPV contests, the Black-preferred candidate carried Daytona Beach precincts in 18 contests and lost 7. Losses cluster in 2022 and arise in exogenous statewide or federal races. The only other loss is the 2018 County Council At-Large primary.

## 2 Background and Qualifications

I am an Assistant Professor in the Wilf Family Department of Politics at New York University. I received a Ph.D. in Political Science from Washington University in St. Louis in 2022. My concentration in graduate school was American Politics and Political Methodology.

My current area of expertise is related to local government, race and ethnic politics, and the use of advanced statistical models to understand political phenomena. My research has been published in the *Proceedings of the National Academy of Sciences: Nexus*, *Journal of Experimental Political Science* and *Political Behavior*. Other writings have appeared in the *Oxford Bibliographies in Political Science* and the *Political Science Educator*.

My research has won the Best Poster Award from the Society of Political Methodology, the American Political Science Association's Best Paper Award in Public Policy, and I have received the Susan Clarke Young Scholar Award from the Urban and Local Politics Section of the American Political Science Association. In addition, I provide a copy of my curriculum vitae in the Appendix of this report.

## 3 Racially Polarized Voting

Racially polarized voting occurs when a minority group votes for one candidate and the dominant racial or ethnic group votes for an opposing candidate. For the City of Daytona Beach, Florida, we are interested in two main ethnic groups: Whites and Blacks. According to the 2020 Decennial Census, Blacks make up 32% of the population while Whites make up 54%.[1]

For this report, I use the 60% threshold of support as a sign of cohesive voting. In other words, if a candidate receives higher than 60% support among members of the same ethnic group, that candidate is

1. Numbers come from Table P1 Decennial Census https://data.census.gov/table/DECENNIALPL2020.P1?q=Daytona+Beach+city,+Florida

that group's preferred candidate. If racially polarized voting exists, I would expect to see the ethnic groups have different preferred candidates in large numbers.

## 4 Methodology: Ecological Regression

I estimate group-specific vote choice with ecological regression at the precinct level. For each contest, I regress the candidate's precinct vote share on the precinct's Black and White share of the electorate which is from the voter file of that year.[2] The fitted value when the demographic share is 100% gives the estimated racial support. I treat support of 60% or more as evidence of cohesion. I code a contest as racially polarized when Black and White voters show cohesive support for different candidates, and then record whether the Black-preferred candidate carried the Daytona Beach precincts.

## 5 List of Elections Analyzed and Additional Statistics

Table 1: List of Elections Analyzed

| Year | Election | Endo/Exo | Office |
|---|---|---|---|
| 2025 | Special | Exogenous | U.S. House 6 |
| 2024 | General | Exogenous | County Chair |
| 2024 | General | Exogenous | County Council 2 |
| 2024 | General | Exogenous | Presidential |
| 2024 | General | Exogenous | U.S. Senate |
| 2022 | General | Exogenous | Agriculture Commissioner |
| 2022 | General | Exogenous | Attorney General |
| 2022 | General | Exogenous | CFO |
| 2022 | General | Endogenous | Commission Zone 3 |
| 2022 | General | Exogenous | County Council 2 |
| 2022 | General | Exogenous | County Council At Large |
| 2022 | General | Exogenous | Governor |
| 2022 | General | Exogenous | U.S. House 6 |
| 2022 | General | Exogenous | U.S. Senate |
| 2020 | General | Exogenous | U.S. House 6 |
| 2020 | General | Exogenous | Presidential |
| 2020 | General | Exogenous | County Chair |
| 2020 | Primary | Endogenous | Mayor |
| 2018 | General | Exogenous | Attorney General |
| 2018 | General | Exogenous | CFO |
| 2018 | General | Exogenous | Agriculture Commissioner |
| 2018 | General | Endogenous | Commission Zone 3 |
| 2018 | General | Exogenous | U.S. House 6 |
| 2018 | General | Exogenous | Governor |
| 2018 | General | Exogenous | U.S. Senate |
| 2018 | Primary | Exogenous | County Council At Large |
| 2016 | General | Exogenous | U.S. House 6 |
| 2016 | General | Exogenous | County Chair |
| 2016 | General | Exogenous | Presidential |
| 2016 | General | Exogenous | U.S. Senate |
| 2016 | Primary | Endogenous | Mayor |

2. One exception is for the special election in 2025 where I use demographic breakdown from the County's Supervisor of Elections.

# 6 Does RPV Exist Across Elections?

In this section, I examine thirty-one races in the City of Daytona Beach. For exogenous elections (those taking place at the county, state, or federal levels), only precincts within the City of Daytona Beach are analyzed.

## 6.1 U.S. House 6

The contest for U.S. Congressional District 6 in 2025 was between Randy Fine and Josh Weil. The contest shows patterns of racially polarized voting. Black support for Fine estimated to be effectively zero. White support for Fine is estimated to be 71%. Black support for Weil is estimated to be effectively 100%. White support for Weil is estimated to be 39%. Weil is the Black-preferred candidate while Fine with the White-preferred candidate.

In Daytona Beach precincts, Weil won 56.4% while Fine received 42.7% of the vote. The Black-preferred candidate prevailed in Daytona Beach.

Figure 1: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




## 6.2 County Chair 2024

The contest for County Chair in 2024 was between Jeff Brower and Randy Dye. The contest does not show patterns of racially polarized voting. Black support for Brower is estimated to be 47.1% (0.5 - 0.00029 * 100). White support for Brower is estimated to be 50.4% (0.48 + 0.00024 * 100). Black support for Dye

is estimated to be 52.9% (0.5 + 0.00029 * 100). White support for Dye is estimated to be 49.6% (0.52 - 0.00024 * 100). Neither candidate reached the 60% threshold for cohesive support among either group.

In Daytona Beach precincts, Dye won 51.1% while Brower received 48.8% of the vote.

Figure 2: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




## 6.3 County Council 2 2024

The contest for County Council 2 in 2024 was between Steve Miller and Matt Reinhart. The contest showed patterns of racially polarized voting. Black support for Miller is estimated to be 85.0% (0.43 + 0.0042 * 100). White support for Miller is estimated to be 38.0% (0.79 - 0.0041 * 100). Black support for Reinhart is estimated to be 15.0% (0.57 - 0.0042 * 100). White support for Reinhart is estimated to be 62.0% (0.21 + 0.0041 * 100). Black voters preferred Miller, while White voters preferred Reinhart.

In Daytona Beach precincts, Miller won 52.5% of the vote while Reinhart won 47.4%. The Black-preferred candidate prevailed in these precincts.[3]

3. County Council District 2 does not include all Daytona Beach precincts.

Figure 3: Scatterplot: Race/Ethnic Composition by Candidate Vote Share



## 6.4 Presidential 2024

The contest for President in 2024 was between Donald Trump and Kamala Harris. The contest showed patterns of racially polarized voting. Black support for Trump is estimated to be effectively zero. White support for Trump is estimated to be 72.2% (0.052 + 0.0067 * 100). Black support for Harris is estimated to be effectively 100%. White support for Harris is estimated to be 27.0% (0.94 - 0.0067 * 100).

In Daytona Beach precincts, Harris won 50% of the vote Trump's 48.7%. The Black-preferred candidate prevailed.

Figure 4: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




## 6.5 Senate 2024

The contest for Senate in 2024 was between Rick Scott and Debbie Mucarsel-Powell. The contest showed patterns of racially polarized voting. Black support for Scott is estimated to be effectively zero. White support for Scott is estimated to be 70% (0.056 + 0.0064 * 100). Black support for Mucarsel-Powell is estimated to be effectively 100% (.37+0.0063*100). White support for Mucarsel-Powell is estimated to be 29% (.93-0.0064*100). Black voters overwhelmingly preferred Mucarsel-Powell, while White voters supported Scott.

In Daytona Beach precincts, Debbie Mucarsel-Powell won 50.3% of the vote while Scott received 47.5%. The Black-preferred candidate won.

Figure 5: Scatterplot: Race/Ethnic Composition by Candidate Vote Share



## 6.6 Agriculture Commissioner 2022

Figure 6: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




The contest for Agriculture Commissioner in 2022 was between Wilton Simpson and Naomi Blemur. The contest showed patterns of racially polarized voting. Black support for Simpson is estimated to be effectively zero. White support for Simpson is estimated to be 76% (0.049 + 0.0071 * 100). Black support for Blemur is estimated to be effectively 100%. White support for Blemur is estimated to be 24%. Black voters preferred Blemur, while White voters preferred Simpson.

Simpson won with 52% of the vote. The Black-preferred candidate lost.

## 6.7 Attorney General 2022

The contest for Attorney General in 2022 was between Ashley Moody and Aramis Ayala. The contest showed patterns of racially polarized voting. Black support for Moody is estimated to be effectively zero. White support for Moody is estimated to be 79% (0.08 + 0.0071 * 100). Black support for Ayala is estimated to be effectively 100.0%. White support for Ayala is estimated to be 21.% (0.92 - 0.0071 * 100). Black voters overwhelmingly preferred Ayala, while White voters preferred Moody.

In Daytona Beach precincts, Moody prevailed with 54.6% of the vote, while Ayala won 45.4% of the vote. The Black-preferred candidate lost.

Figure 7: Scatterplot: Race/Ethnic Composition by Candidate Vote Share



## 6.8 Chief Financial Officer 2022

Figure 8: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




The contest for Chief Financial Officer in 2022 was between Jimmy Patronis and Adam Hattersley. The contest showed patterns of racially polarized voting. Black support for Patronis is estimated to be effectively zero. White support for Patronis is estimated to be 76.3%. Black support for Hattersley is estimated to be effectively 100%. White support for Hattersley is estimated to be 23%. Black voters overwhelmingly preferred Hattersley, while White voters preferred Patronis.

In Daytona Beach precincts, Patronis won 52% while Hattersley received 46%. The Black-preferred candidate lost.

## 6.9 Commission 3 2022

The contest for City Commissioner Zone 3 in 2022 was between Quanita May and Steve Miller. The contest does not show clear patterns of racially polarized voting. Black support for May is estimated to be 52.3%. White support for May is estimated to be 55%. Black support for Miller is estimated to be 44%. White support for Miller is estimated to be 44%. Neither candidate reached the 60% threshold for cohesive support. May won with 55.4% of the vote.

Figure 9: Scatterplot: Race/Ethnic Composition by Candidate Vote Share



### 6.10 County Council 2 2022

The contest for County Council 2 in 2022 was between Danny Fuqua and Matt Reinhart. The contest shows signs of racially polarized voting. Black support for Fuqua is estimated to be 93% (0.44 + 0.0049 * 100). White support for Fuqua is estimated to be 38% (0.66 - 0.0048 * 100). Black support for Reinhart is estimated to be 7% (0.56 - 0.0049 * 100). White support for Reinhart is estimated to be 62.0% (0.14 + 0.0038 * 100). Black voters strongly preferred Fuqua, while White voters preferred Reinhart.

In Daytona Beach precincts, Fuqua won 55% of the vote, while Reinhart won 44.8%. The Black-preferred candidate prevailed.

Figure 10: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




### 6.11 County At Large 2022

The contest for County At Large in 2022 was between Jake Johansson and Doug Pettit. The contest does not show patterns of racially polarized voting. Black support for Johansson is estimated to be 43.0% (0.51 - 0.0008 * 100). White support for Johansson is estimated to be 51.2% (0.44 + 0.00072 * 100). Black support for Pettit is estimated to be 42.8% (0.33 + 0.00098 * 100). White support for Pettit is estimated to be 32.9% (0.41 - 0.00081 * 100). Johansson won with 57.7% while Pettit 42%.

Figure 11: Scatterplot: Race/Ethnic Composition by Candidate Vote Share



## 6.12 Governor 2022

The contest for Governor in 2022 was between Ron DeSantis and Charlie Crist. The contest showed patterns of racially polarized voting. Black support for DeSantis is estimated to be effectively zero. White support for DeSantis is estimated to be 76.9% (0.069 + 0.007 * 100). Black support for Crist is estimated to be 100.0% (0.32 + 0.0068 * 100). White support for Crist is estimated to be 23.0% (0.91 - 0.0068 * 100). Black voters overwhelmingly preferred Crist, while White voters preferred DeSantis.

In Daytona Beach precincts, DeSantis won 52.8% while Crist won 46%. The Black-preferred candidate lost.

Figure 12: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




## 6.13 U.S. House 6 2022

The contest for U.S. House District 6 in 2022 was between Michael Waltz (Republican) and Joseph "Joe" Hannoush (Libertarian).[4] The contest showed patterns of racially polarized voting. Black support for Waltz is estimated to be 23.0% (0.71 - 0.0048 * 100). White support for Waltz is estimated to be 78.0% (0.3 + 0.0048 * 100). Black support for Hannoush is estimated to be 77% (0.29 + 0.0048 * 100). White support for Hannoush is estimated to be 22% (0.7 - 0.0048 * 100). The Black voters preferred Hannoush, while White voters preferred Waltz.

In Daytona Beach precincts, Waltz prevailed with 62.7% of the vote, while Hannoush received 37.2%. The Black-preferred candidate lost.

4. There was no Democratic candidate in this contest.

Figure 13: Scatterplot: Race/Ethnic Composition by Candidate Vote Share



## 6.14 Senate 2022

The contest for Senate in 2022 was between Marco Rubio and Val Demings. The contest showed patterns of racially polarized voting. Black support for Rubio is estimated to be effectively zero. White support for Rubio is estimated to be 74.1% (0.041 + 0.007 * 100). Black support for Demings is estimated to be effectively 100%. White support for Demings is estimated to be 25.0% (0.94 - 0.0069 * 100). Black voters overwhelmingly preferred Demings, while White voters preferred Rubio.

In Daytona Beach precincts, Rubio won with 50.4%, while Demings received 48.3% of the vote. The Black-preferred candidate lost.

Figure 14: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




## 6.15 U.S. House District 6 2020

The contest for U.S. House District 6 in 2020 was between Michael Waltz and Clint Curtis. The contest showed patterns of racially polarized voting. Black support for Waltz is estimated to be effectively zero. White support for Waltz is estimated to be 72% (0.019 + 0.007 * 100). Black support for Curtis is estimated to be effectively 100%. White support for Curtis is estimated to be 28% (0.98 - 0.007 * 100). Black voters overwhelmingly preferred Curtis, while White voters preferred Waltz.

Curtis won in Daytona Beach precincts with 55% of the vote, while Waltz received 44%. The Black-preferred candidate won in Daytona Beach.

Figure 15: Scatterplot: Race/Ethnic Composition by Candidate Vote Share



## 6.16 Presidential 2020

The contest for President in 2020 was between Donald Trump and Joe Biden. The contest showed patterns of racially polarized voting. Black support for Trump is estimated to be effectively zero.[5] White support for Trump is estimated to be 69.4% (0.014 + 0.0068 * 100). Black support for Biden is estimated to be effectively 100%. White support for Biden is estimated to be 30% (0.97 - 0.0067 * 100). Black voters overwhelmingly preferred Biden, while White voters preferred Trump.

Biden won 56% of the vote while Trump received 42.6%. The Black-preferred candidate prevailed.

Figure 16: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




## 6.17 County Chair (General) 2020

The contest for County Chair in 2020 was between Jeff Brower and Deb Denys. The contest shows patterns of racially polarized voting. Black support for Brower is estimated to be 22% (0.59 - 0.0037 * 100). White support for Brower is estimated to be 63.0% (0.28 + 0.0035 * 100). Black support for Denys is estimated to be 78.0% (0.41 + 0.0037 * 100). White support for Denys is estimated to be 37% (0.72 - 0.0035 * 100). Black voters preferred Denys, while White voters preferred Brower.

Denys won Daytona Beach precincts with 50.9% of the vote. Brower received 49%. The Black-preferred candidate prevailed.

5. -9.0% (0.61 - 0.007 * 100).

Figure 17: Scatterplot: Race/Ethnic Composition by Candidate Vote Share



### 6.18 Mayor 2020

The contest for Mayor in 2020 was between Sherrise Boyd, Derrick Henry, and a third candidate, Ken Strickland. The contest was held at the August primary, and a winner was elected at that election. The contest does not show patterns of racially polarized voting. Black support for Henry is estimated to be 67.0% (0.41 + 0.0026 * 100). White support for Henry is estimated to be 39.0% (0.63 - 0.0024 * 100). Black support for Strickland is estimated to be effectively zero. White support for Strickland is estimated to be 49.2% (0.0022 + 0.0049 * 100). Estimated Black support for Boyd was 38% (0.13+ 0.0025 * 100), while estimated White support for Boyd was 10% (.35- .0025 * 100). Black voters preferred Henry, while there was not cohesive White support for any candidate.

Henry won with 50.1% of the vote. The Black-preferred candidate prevailed outright in the primary.

Figure 18: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




### 6.19 Attorney General 2018

The contest for Attorney General in 2018 was between Ashley Moody and Sean Shaw. The contest showed patterns of racially polarized voting. Black support for Moody is estimated to be effectively zero. White support for Moody is estimated to be 70% (-0.0069 + 0.0071 * 100). Black support for Shaw is estimated to be effectively 100%. White support for Shaw is estimated to be 29% (1 - 0.0071 * 100). Black voters overwhelmingly preferred Shaw, while White voters preferred Moody.

Shaw won Daytona Beach precincts with 58% of the vote while Moody received 41.8% of the vote. The Black-preferred candidate prevailed.

Figure 19: Scatterplot: Race/Ethnic Composition by Candidate Vote Share



### 6.20 CFO 2018

The contest for Chief Financial Officer in 2018 was between Jimmy Patronis and Jeremy Ring. The contest showed patterns of racially polarized voting. Black support for Patronis is estimated to be effectively zero. White support for Patronis is estimated to be 67.5% (-.0054 + 0.0068 * 100). Black support for Ring is estimated to be effectively 100%. White support for Ring is estimated to be 32% (1 - 0.0068 * 100). Black voters overwhelmingly preferred Ring, while White voters preferred Patronis.

Ring won Daytona Beach precincts with 59% of the vote, while Patronis received 40%. The Black-preferred candidate prevailed.

Figure 20: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




### 6.21 Commissioner of Agriculture 2018

The contest for Commissioner of Agriculture in 2018 was between Matt Caldwell and Nikki Fried. The contest showed patterns of racially polarized voting. Black support for Caldwell is estimated to be effectively zero. White support for Caldwell is estimated to be 65% (-0.0088 + 0.0066 * 100). Black support for Fried is estimated to be effectively 100%. White support for Fried is estimated to be 34% (1 - 0.0066 * 100). Black voters overwhelmingly preferred Fried, while White voters preferred Caldwell.

Fried won Daytona Beach precincts with 61% of the vote while Caldwell received 38.8% of the vote. The Black-preferred candidate prevailed.

Figure 21: Scatterplot: Race/Ethnic Composition by Candidate Vote Share



### 6.22 Commission Zone 3 2018

The contest for City Commissioner Zone 3 in 2018 was between Quanita May and Amy Pyle. The contest showed patterns of racially polarized voting. Black support for May is estimated to be 82.0% (0.38 + 0.0044 * 100). White support for May is estimated to be 33.0% (0.75 - 0.0042 * 100). Black support for Pyle is estimated to be 18.0% (0.62 - 0.0044 * 100). White support for Pyle is estimated to be 67.0% (0.25 + 0.0042 * 100). Black voters preferred May, while White voters preferred Pyle.

May received 52% of the vote while Pyle received 47.7% of the vote. The Black-preferred candidate prevailed.

Figure 22: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




### 6.23 U.S. House District 6 2018

The contest for U.S. House District 6 in 2018 was between Michael Waltz and Nancy Soderberg. The contest shows patterns of racially polarized voting. Black support for Waltz is estimated to be effectively zero. White support for Waltz is estimated to be 65%. Black support for Soderberg is effectively 100%. White support for Soderberg is estimated to be 34% (1 - 0.0066 * 100). Soderberg was the Black-preferred candidate while the White-preferred candidate was Waltz.

Soderberg received 61% of the vote in Daytona Beach precincts while Waltz received 38% of the vote. The Black-preferred candidate prevailed.

Figure 23: Scatterplot: Race/Ethnic Composition by Candidate Vote Share



## 6.24 Governor 2018

The contest for Governor in 2018 was between Ron DeSantis and Andrew Gillum. The contest showed patterns of racially polarized voting. Black support for DeSantis is estimated to be effectively zero. White support for DeSantis is estimated to be 66% (-0.024 + 0.0069 * 100). Black support for Gillum is estimated to be effectively 100%. White support for Gillum is estimated to be 31.0% (1 - 0.0069 * 100). Black voters overwhelmingly preferred Gillum, while White voters preferred DeSantis.

Gillum won 61% of the vote while DeSantis received 38.9% of the vote in Daytona Beach precincts. The Black-preferred candidate prevailed.

Figure 24: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




## 6.25 Senate 2018

The contest for Senate in 2018 was between Rick Scott and Bill Nelson. The contest showed patterns of racially polarized voting. Black support for Scott is estimated to be effectively zero. White support for Scott is estimated to be 65.4% (0.0045 + 0.0065 * 100). Black support for Nelson is estimated to be effectively 100%. White support for Nelson is estimated to be 34.0% (0.99 - 0.0065 * 100). Black voters overwhelmingly preferred Nelson, while White voters preferred Scott.

Nelson won 60% of the vote in Daytona Beach precincts, while Scott received 39% of the vote. The Black-preferred candidate prevailed.

Figure 25: Scatterplot: Race/Ethnic Composition by Candidate Vote Share



## 6.26 County Council At Large 2018

The contest for County Council At Large in 2018 was between L. Ronald Durham and Ben Johnson, and was decided in the August primary election. The contest showed patterns of racially polarized voting. Black support for Durham is estimated to be 83.0% (0.33 + 0.005 * 100). White support for Durham is estimated to be 28.0% (0.76 - 0.0048 * 100). Black support for Johnson is estimated to be 17.0% (0.66 - 0.0049 * 100). White support for Johnson is estimated to be 71.0% (0.24 + 0.0047 * 100). Black voters preferred Durham, while White voters preferred Johnson.

Johnson won 51% of the vote in Daytona Beach precincts, while Durham received 47.8%. The Black-preferred candidate lost these precincts.

Figure 26: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




## 6.27 U.S. House 6 2016

The contest for Congress District 6 in 2016 was between Ron DeSantis and Bill McCullough. The contest showed patterns of racially polarized voting. Black support for DeSantis is estimated to be effectively zero. White support for DeSantis is estimated to be 66% (0.0064 + 0.0066 * 100). Black support for McCullough is estimated to be effectively 100%. White support for McCullough is estimated to be 33.0% (0.99 - 0.0066 * 100). Black voters overwhelmingly preferred McCullough, while White voters preferred DeSantis.

In Daytona Beach precincts, the Black-preferred candidate McCullough won with 60% of the vote while the White-preferred candidate DeSantis received 40% of the vote.

Figure 27: Scatterplot: Race/Ethnic Composition by Candidate Vote Share



## 6.28 County Chair 2016

The contest for County Chair in 2016 was between Jason Davis and Ed Kelley. The contest does not show clear patterns of racially polarized voting. Black support for Davis is estimated to be 43% (0.34 + 0.00094 * 100). White support for Davis is estimated to be 32.7% (0.42 - 0.00093 * 100). Black support for Kelley is estimated to be 56.6% (0.66 - 0.00094 * 100). White support for Kelley is estimated to be 67.3% (0.58 + 0.00093 * 100). Kelley is the White-preferred candidate while there is no evidence that Black vote was cohesive above the 60% threshold.

In Daytona Beach precincts, Kelley received 63.7% of the vote while Davis received 36%.

Figure 28: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




## 6.29 Presidential 2016

The contest for President in 2016 was between Donald Trump and Hillary Clinton. The contest showed patterns of racially polarized voting. Black support for Trump is estimated to be effectively zero. White support for Trump is estimated to be 64.5% (-0.0054 + 0.0065 * 100). Black support for Clinton is estimated to be effectively 100%. White support for Clinton is estimated to be 31.0% (0.98 - 0.0067 * 100). Black voters preferred Clinton, while White voters preferred Trump.

Clinton won Daytona Beach precincts with 58% of the vote, while Trump received 37.8% of the vote. The Black-preferred candidate prevailed.

Figure 29: Scatterplot: Race/Ethnic Composition by Candidate Vote Share



### 6.30 Senate 2016

The contest for U.S. Senate in 2016 was between Marco Rubio and Patrick Murphy. The contest showed patterns of racially polarized voting. Black support for Rubio is estimated to be effectively zero. White support for Rubio is estimated to be 62.6% (0.036 + 0.0059 * 100). Black support for Murphy is estimated to be effectively 100%. White support for Murphy is estimated to be 31% (0.93 - 0.0062 * 100). Black voters preferred Murphy, while White voters preferred Rubio.

In Daytona Beach precincts, Murphy received 57% of the vote while Rubio received 38%. The Black-preferred candidate prevailed.

Figure 30: Scatterplot: Race/Ethnic Composition by Candidate Vote Share




### 6.31 Mayor 2016

The contest for Mayor in 2016 was between Dominique DeLannoy, Derrick L. Henry, Fred Hoffmann, David Chief Rhody, and Ken Strickland, and was decided at the August primary. The contest does not show patterns of racially polarized voting. Black support for Henry is estimated to be 93.0% (0.47 + 0.0046 * 100). White support for Henry is estimated to be 43.0% (0.87 - 0.0044 * 100). Henry is the only one to show cohesive support from any group. Strickland received 3% of the Black vote, and 34% of the White vote. Black voters overwhelmingly preferred Henry, while White voters did not form a cohesive bloc for any single candidate.

Henry won the mayorship with 62% of the vote.

Figure 31: Scatterplot: Race/Ethnic Composition by Candidate Vote Share



# 7 Summary

I reviewed 31 elections from 2016–2025 (27 exogenous and 4 city elections). I define cohesive support as 60% or higher. Under that approach, 25 contests show signs of racial polarization. The Black-preferred candidate usually prevails in Daytona Beach precincts. Exceptions fall mainly in 2022 exogenous races, including one contest – U.S. House District 6 – in which the prevailing candidate did not face major party opposition. White bloc voting is not usually sufficient to defeat the Black-preferred candidate in Daytona Beach. The Black-preferred candidate won 18 of 25 RPV contests. Seven losses appear, 6 of which fall in 2022 exogenous races and 1 in the 2018 County Council At-Large primary. The 2024 and special 2025 elections resumed the historic pattern of either the Black-preferred candidates prevailing or racially polarized voting being absent. In Daytona Beach, I've observed that white bloc voting alone is usually insufficient to defeat the choice of Black voters.

Table 2: Results of Elections Analyzed

| Year | Election | Endo/Exo | Office | Coh. Black Supp. | Coh. White Supp. | RPV |
|---|---|---|---|---|---|---|
| 2025 | Special | Exo. | U.S. House 6 | Weil | Fine | Yes - Black-pref Cand. Won |
| 2024 | Gen. | Exo | County Chair | No | No | No |
| 2024 | Gen. | Exo | County Council 2 | Miller | Reinhart | Yes - Black-pref Cand. Won |
| 2024 | Gen. | Exo | Presidential | Harris | Trump | Yes - Black-pref Cand. Won |
| 2024 | Gen. | Exo | U.S. Senate | Mucarsel-Powell | Scott | Yes - Black-pref Cand. Won |
| 2022 | Gen. | Exo | Agriculture Comm. | Blemur | Simpson | Yes - Black-pref Cand. Lost |
| 2022 | Gen. | Exo | Attorney Gen. | Ayala | Moody | Yes - Black-pref Cand. Lost |
| 2022 | Gen. | Exo | CFO | Hattersley | Patronis | Yes - Black-pref Cand. Lost |
| 2022 | Gen. | Endo | Comm. Zone 3 | No | No | No |
| 2022 | Gen. | Exo | County Council 2 | Fuqua | Reinhart | Yes - Black-pref Cand. Won |
| 2022 | Gen. | Exo | County At Large | No | No | No |
| 2022 | Gen. | Exo | Governor | Crist | DeSantis | Yes - Black-pref Cand. Lost |
| 2022 | Gen. | Exo | U.S. House 6 | Hannoush | Waltz | Yes - Black-pref Cand. Lost |
| 2022 | Gen. | Exo | U.S. Senate | Demings | Rubio | Yes - Black-pref Cand. Lost |
| 2020 | Gen. | Exo | U.S. House 6 | Curtis | Waltz | Yes - Black-pref Cand. Won |
| 2020 | Gen. | Exo | Presidential | Biden | Trump | Yes - Black-pref Cand. Won |
| 2020 | Gen. | Exo | County Chair | Denys | Brower | Yes - Black-pref Cand. Won |
| 2020 | Prim. | Endo | Mayor | Henry | No | No - Black-pref Cand. Won |
| 2018 | Gen. | Exo | Attorney Gen. | Shaw | Moody | Yes - Black-pref Cand. Won |
| 2018 | Gen. | Exo | CFO | Ring | Patronis | Yes - Black-pref Cand. Won |
| 2018 | Gen. | Exo | Comm. of Agriculture | Fried | Caldwell | Yes - Black-pref Cand. Won |
| 2018 | Gen. | Endo | Comm. Zone 3 | May | Pyle | Yes - Black-pref Cand. Won |
| 2018 | Gen. | Exo | U.S. House 6 | Soderberg | Waltz | Yes - Black-pref Cand. Won |
| 2018 | Gen. | Exo | Governor | Gillum | DeSantis | Yes - Black-pref Cand. Won |
| 2018 | Gen. | Exo | U.S. Senate | Nelson | Scott | Yes - Black-pref Cand. Won |
| 2018 | Prim. | Exo | County Council At Large | Durham | Johnson | Yes - Black-pref Cand. Lost |
| 2016 | Gen. | Exo | U.S. House 6 | McCullough | DeSantis | Yes - Black-pref Cand. Won |
| 2016 | Gen. | Exo | County Chair | No | Kelley | No |
| 2016 | Gen. | Exo | Presidential | Clinton | Trump | Yes - Black-pref Cand. Won |
| 2016 | Gen. | Exo | U.S. Senate | Murphy | Rubio | Yes - Black-pref Cand. Won |
| 2016 | Prim. | Endo | Mayor | Henry | No | No - Black-pref Cand. Won |

I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.



Bryant J. Moy, Ph.D.
Date: October 17, 2025

**Supplement to Report on Racially Polarized Voting in Daytona Beach, Florida**

Bryant J. Moy, PhD

July 30, 2026

I provide this supplement to my report "Racially Polarized Voting in Daytona Beach, Florida" dated October 17, 2025, to provide the following information:

- In the previous 4 years, I have testified as an expert at trial or by deposition in the following cases:
  - GRACE, Inc. v. City of Miami, No. 1:22-cv-24066-KMM (S.D. Fla.)
- I am being compensated at a rate of $275 per hour for my work on this case.
- An updated CV, including all publications authored in the previous 10 years, is attached.

I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Bryant J. Moy, PhD
Date: July 30, 2026

# Bryant J. Moy

**Contact Information**
Wilf Family Department of Politics
19 W. 4th Street (Room 223)
New York, NY, 10012
501-952-8756
bryant.moy@nyu.edu
bryantjmoy.com

**Employment**

**New York University**, New York City, NY

Assistant Professor, **Department of Politics**, Sept. 2024–present

Faculty Affiliate, **Center for Data Science**, Jan. 2025–present

Director, **The Urban Politics Lab**. Fall 2025–present

Co-Director, **Urban Research Seminar**. Fall 2024–present

Data Science Faculty Fellow, **Center for Data Science**, July 2022 - Aug. 2024

Visiting Assistant Professor, **Department of Politics**, July 2022 - Aug. 2024

**Education**

**Washington University in St. Louis**, St. Louis, MO

Ph.D., Political Science, 2022

- Chair: Jacob Montgomery
- *Three Essays on Local Government: Responsiveness, Transparency, and Discriminatory Ordinances*

M.A., Political Science, 2018

**Arkansas State University**, Jonesboro, AR

M.A., Political Science, 2016

- Thesis: *Economic Freedom's Clash with Participatory Democracy*
- Committee: (Chair) Rollin Tusalem, Jacob Ausderan, and Hans Hacker

B.A., Political Science, May 2014

- *Cum Laude*

**Research Interests**

**Substantive:** American Politics, Local/Urban Politics, Race & Ethnic Politics
**Methodological:** Computational Methods, Causal Inference, Experimental Design

**Publications**

6. **Moy, Bryant J.** "Political Ideology in the Local Context: Does self-placement ideology map onto local issues of taxation and spending?" *(Conditionally Accepted-Urban Affairs Review)*

5. Schiff, Kaylyn Jackson, Daniel S. Schiff, **Bryant J. Moy**, Josh McCrain, Scott M. Mourtgos, and Ian T. Adams. 2025. "Does Civilian Oversight Impact Police Legitimacy?" *PNAS Nexus* Volume 4, Issue 9 doi: 10.1093/pnasnexus/pgaf267
   - Best Paper on Public Policy Award (APSA Public Policy Section) 2025

4. Ornstein Joseph T., Amanda J. Heideman, **Bryant J. Moy**, Kaylyn Jackson Schiff. 2025. "Hometown Advantage: Voter Preferences for Community Embeddedness in Local Contests" *Journal of Experimental Political Science* Volume 12, Issue 3, Winter, pp. 267 - 281 doi: 10.1017/XPS.2024.16

3. **Moy, Bryant J.** 2021. "Can Social Pressure Induce Responsiveness? An Open Records Field Experiment with Mayoral Offices." *Journal of Experimental Political Science,* 8(2), 117-127. doi: 10.1017/XPS.2020.22
2. Gimpel, Jim, Nathan Lovin, **Bryant Moy**, and Andrew Reeves. 2020. "The Urban-Rural Gulf in American Political Behavior" *Political Behavior,* 42, 1343-1368. doi: 10.1007/s11109-020-09601-w
1. Reeves, Andrew, David Miller, and **Bryant J. Moy**. 2018. "U.S. Presidential Campaigns and Their Impact." *Oxford Bibliographies in Political Science*, ed. by L. S. Maisel. Oxford University Press. doi: 10.1093/OBO/9780199756223-0156

Other Publications

1. O'Brochta, William and **Bryant J. Moy**. 2021. "Department-Level Graduate Student Peer Teaching Workshops." *The Political Science Educator.* 25(1) 6-8.

Working Papers

8. **Moy, Bryant J.** and Luca Vitale. "Does Segregation Produce Local Political Leaders? Evidence from White Ethnic Enclaves" *(R&R APSR)*
7. Cole, Geneva and **Bryant J. Moy**. "Can Awareness of Historical Injustice Increase Support for Reparations? The Case of Housing Covenants." *(Under Review)*
6. **Moy, Bryant J.** "Racial Threat and Policy Adoption in Local Government: The Emergence of Criminal Activity Nuisance Ordinances in Ohio Municipalities"
5. **Moy, Bryant J.** and Jeremy Siow. "Who's at the Cutoff: Characterizing the Analytical Sample of Regression Discontinuity Designs."
4. **Moy, Bryant J.** "Responsiveness in the Patchwork of Local Government"
   - Won Best Poster Award (Applications). PolMeth XXXVIII. July 2021.
3. **Moy, Bryant J.** and Jiaxu Ren. "Improving Confidence in RDDs: Discontinuity Detection through Bayesian Change Point Analysis"
   - Won Best Poster Prize. Asian & MENA PolMeth. January 2024.
2. **Moy, Bryant J.** "The Double-Edged Sword of Policing: The Impact of Policing Consequences on Attitudes"
1. **Moy, Bryant J.** and Kyle Van Rensselaer. "Permanent Infrastructure and Public Safety: Effects of NYC's Re-NEW-Vation Program on Subway Crime."

In Preparation

6. Jackson-Schiff, Kaylyn, Colin McAuliffe, Cecilia Bisogno, Joshua McCrain, Daniel S. Schiff, and **Bryant J. Moy**. "Giving Attention Checks the Attention They Deserve: A Multidimensional Approach to Measuing Survey Engagement"
5. **Moy, Bryant J.**, Kaylyn Jackson Schiff, Daniel S. Schiff, Colin McAuliffe, Cecilia Bisogno, and Joshua McCrain. "Inattentiveness as A Missing Data Problem"
4. **Moy, Bryant J.** and Annamaria Prati. "Partial Pooling for Staggered Difference-in-Differences: A Bayesian Hierarchical Approach"
3. **Moy, Bryant J.** and Luchuan Deng. "Targeted Economic Resentment in Housing Politics: Landlords, Developers, and Support for New Housing"
2. Cole, Geneva and **Bryant J. Moy**. "The Process is the Product: Engaging the Public in Knowledge Production for Social Change."
1. Dasanaike, Noah, Jacob Montgomery, **Bryant J. Moy**, and Santiago Olivella. "Small-area estimation using Gaussian Process grouped IRT regression and post-stratification"

**Invited Talks**

- "Does Segregation Produce Local Political Leaders? Evidence from White Ethnic Enclaves"
  - London School of Economics, February 2026
  - Oxford University, Nuffield College, October 2025
- "Racial Threat and the Emergence of Discriminatory Ordinances."
  - Columbia University, February 2025
  - Harvard University, Oct. 2024
  - Emory University, Oct. 2024
  - University of Chicago, Feb. 6, 2024
  - University of California Berkeley. Research Workshop in American Politics (RWAP) Colloquium. Jan. 17, 2024
  - Johns Hopkins University. Oct. 26, 2024
  - Princeton University. CSDP, Oct. 12, 2023
  - NYU Wagner Research Seminar, Oct. 20, 2022
- "Responsiveness in the Patchwork of Local Government."
  - Junior Americanist Workshop Series (JAWS), December 2021
  - The George Rabinowitz Seminar Series, American Politics Research Group. University of North Carolina - Chapel Hill. Oct. 29, 2021.

**Conference Presentation by Project**

- **Moy, Bryant J.** and Luca Vitale. "Does Segregation Produce Local Political Leaders? Evidence from White Ethnic Enclaves"
  - MPSA. April 2025
  - APSA. September 2025
  - LPEC. September 2025
- **Moy, Bryant J.** and Jeremy Siow. "Who's at the Cutoff: Characterizing the Analytical Sample of Regression Discontinuity Designs."
  - European PolMeth. April 2025
  - Interdisciplinary Policing Workshop (Univ. of South Carolina). Feb. 2025
- **Moy, Bryant J.** and Jiaxu Ren. "Improving Confidence in RDDs: Discontinuity Detection through Bayesian Change Point Analysis"
  - APSA. September 2024
  - Polmeth. July 2024
  - EPSA. July 2024
  - MPSA. April 2024
  - Asian and MENA Polmeth. Abu Dhabi, United Arab Emirates 2024 (Poster)
- "Political Ideology in the Local Context: Does self-placement ideology map onto local issues."
  - AAPOR. May 2024.
  - Election, Public Opinion, and Voting Behavior Conference. 2024. Tallahassee
  - Northeastern Political Science Association. 2023. Boston, MA.
- Ornstein Joseph T., Amanda J. Heideman, **Bryant J. Moy**, Kaylyn Jackson Schiff."What Do Voters Want in Their Mayor? Evidence from a Survey Experiment"
  - MPSA, April 2023
- **Moy, Bryant J.** "Racial Threat and the Emergence of Criminal Activity Nuisance Ordinances"

- International Conference on Urban Affairs, April 2024.
- SPSA, January 2023
- Local Political Economy Pre-Conference (LPEC), September 2022
- American Political Science Association, September 2022
- PolMeth XXXIX, July 2022 (Poster)
- Midwest Political Science Association, April 2022

- **Moy, Bryant J.** "Responsiveness in the Patchwork of Local Government"[1]
  - Southern Political Science Association, January 14, 2022
  - American Political Science Association, Oct 1, 2021. (iPoster)
  - PolMeth XXXVIII. July 13-16, 2021. (Poster)
  - Midwest Political Science Association, April 17, 2021.

- Dasanaike, Noah, Jacob Montgomery, **Bryant J. Moy**, and Santiago Olivella. "Small-area estimation using Gaussian Process grouped IRT regression and post-stratification" St. Louis Area Methods Meeting (SLAMM) May 7, 2021.

- **Moy, Bryant J.** "Can Social Pressure Induce Responsiveness? An Open Records Field Experiment with Mayoral Offices."
  - Midwest Political Science Association, 2020. (Cancelled - COVID)

- Rickert, Patrick, Nicholas Waterbury, and **Bryant J. Moy**. "Changing Principals: Committee Chair Effectiveness in a Partisan Congress" American Political Science Association. Washington, DC. August 29 - September 1, 2019 (Poster)

- Gimpel, Jim, Nathan Lovin, **Bryant J. Moy**, and Andrew Reeves. "The Urban-Rural Gulf in American Political Behavior" Midwest Political Science Association, Chicago, IL. April 5 - 8, 2018

- Hacker, Hans J., Lisa Bohn, and **Bryant J. Moy**. "A Grave Responsibility: Teaching Social Justice through an Interdisciplinary, Curricular/Extra-Curricular, Collaborative Experience." Southwestern Social Science Association. April 2015.

## Grants

**External**

- Pipeline Competition Grant. Russell Sage Foundation & Bill & Melinda Gates Foundation. $35,000 — 2024-2025
- Pipeline Competition Grant. The Policy Academies. $20,000 — 2024-2025
- APSA Advancing Research Grant for Early Career Scholars. $2,000 — 2024-2025

**Internal**

- Institute for Human Development and Social Change (IHDSC), New York University. *Proposal Title:* Criminal Activity Nuisance Ordinances: A National Assessment. *Summary:* A seed grant to build a national database of Criminal Activity Nuisance Ordinances. $10,400 — 2023-2024

## Awards and Fellowships

Award — American Political Science Association (Section on Public Policy)
- Best Paper on Public Policy Award — 2025

Award — Society for Political Methodology
- Best Poster Prize (Asian & MENA PolMeth) — January 2024

Award — American Political Science Association (Urban and Local Politics Section)
- Susan Clarke Young Scholars Award — 2022

Award — Society for Political Methodology

[1] This project has been present under various names: The Dynamic City: Responsiveness in Local Government?, Responsiveness in a Fragmented Local Politics, and The Limited City: Does Dynamic Responsiveness Exist in Local Government?

- Best Poster Award (Applications) — July 2021

Fellowship — Washington University in St. Louis
- Graduate Fellowship — Fall 2016 - 2022
- The Otto E. Gansow Memorial Scholarship — Fall 2017

Fellowship — Institute for Humane Studies
- Junior Fellowship $6,000 — Summer 2023
- Summer Graduate Research Fellow $6,000 — Summer 2022
- Summer Graduate Research Fellow $5,000 — Summer 2021

Fellowship — Mercatus Center
- Bastiat Fellowship $5,000 — 2021-2022
- Don Lavoie Fellowship $1,250 — Spring 2021

Travel Awards — Washington University in St. Louis
- Travel Grant, Department of Political Science $200 — Spring 2017

Awards/Grants — Arkansas State University
- Travel Grant, Department of Political Science $500 — Spring 2015
- Travel Assistance Award, Graduate School, $400 — Spring 2015
- Outstanding M.A. Student Award — May 2016

## Teaching Experience

New York University
- POL-UA Special Topics: Causal Inference — Spring 2025
- POL-UA 360 Urban Government & Politics — Fall 2024, Summer 2025, Fall 2025
- POL-GA 3400 003 Seminar in Local Political Economy — Fall 2024
- DS-UA 201: Causal Inference — Fall 2022, Fall 2023
- DS-GA 1009 Practical Training for Data Science — Summer 2023

Washington University in St. Louis
- Training in SQL, Relational Databases, and Voter Files — Fall 2019 - Fall 2020
- Introduction to American Politics — Summer 2019

Arkansas State University
- POSC 2103 - Introduction to United States Government — Spring 2015

## Teaching Assistant

*Teaching Assistant*
- Causal Inference: Panel Data - *Short Course* (Instructor: Yiqing Xu) — Summer 2021
- Business of Elections (Instructor: Andrew Reeves and Steve Malter) — Fall 2020
- Privacy in the Digital Age (Instructor: Sunita Parikh) — Spring 2020
- Research Design (Instructor: Matthew Gabel) — Fall 2019
- Health Politics (Instructor: Darl Lewis) — Spring 2019
- Introduction to American Politics (Instructor: Andrew Reeves) — Fall 2017, 2018

## Professional Experience

*Data & Analytics Director*
- Jon Ossoff for Senate — March 2026–present

*Analytics Advisor*
- Jon Ossoff for Senate — 2025–present

*Advisor – Key Votes Team*
- Review bill selection and summaries for the Key Votes team at Vote Smart. 2023–present

*Expert Report/Witness*

- Expert report commissioned by the ACLU of Florida analyzing racially polarized voting in the City of Miami. *GRACE, Inc. v. City of Miami* 2022-2024

*Data Analyst*

- Jon Ossoff for Senate 2020-2021

SERVICE

- Reviewer: *American Political Science Review*, *American Journal of Political Science*, *American Politics Research*, *Journal of Politics*, *Political Behavior*, *Political Research Quarterly*, *Politics & Policy*, *Business & Politics*
- Faculty Committee on Global Network, 2023-2024
  Representing the Center for Data Science, New York University
- Dean's Student Advisory (Infrastructure) Committee, Fall 2015
  College of Humanities and Social Science, Arkansas State University
- *Assistant Coach* to the Arkansas State Moot Court Team Fall 2014 - Spring 2016
- *Organizer* Political Science Department Film Series. Spring 2014
  "*Trading Places*: In a socioeconomic and race perspective"

TECHNICAL SKILLS R, SQL, Stata, LaTeX, Qualtrics, Python

Updated: July 31, 2026