VOTE!

**Margaret McCalip, Chair**
**Nicholas Sakhnovsky, Treasurer**
**1130 Fins Up Ct., Daytona Beach FL 32124**
**votevolusia@gmail.com**

September 2, 2025

Honorable Mayor and Commissioners of the City of Daytona Beach
301 S. Ridgewood Ave.
Daytona Beach FL 32114

Dear Mayor and Commissioners:

VOTE! is a Volusia nonpartisan political committee with a chair, treasurer and members organized in 2022 to educate voters and to support or oppose local candidates and issues. The committee and its members soon became aware of the Daytona Beach City Commission post-census redistricting, with ongoing member interest and reports at meetings continuing over the years.

In particular a number of members attended the city commission meeting of July 5, 2023, which was the second reading of the redistricting ordinance, and which included an opportunity for public input. That input included presentation of an alternate map by a member of the public (supported by other speakers as well), accompanied by a request to postpone a vote until the commission could include that alternative in its deliberations and decision-making. Instead, the commission adopted an amended map that evening.

Following litigation, the commission rescinded that map and began the redistricting process again. VOTE! has continued to monitor commission redistricting, noting with dismay in particular its costs (two consultants' fees plus attorneys' fees resulting from litigation) and the remarks of commission members at both open and shade meetings, as well as at the August 6, 2025, workshop on redistricting. In addition, despite the above-noted presentation of an alternate map by the public on July 5, 2023, there has been no public acknowledgment or follow-up whatsoever during the current process. No public comment was permitted at the August 6th workshop or at the August 20th meeting, when the commission discussed redistricting yet again.

We urge you to do more to bring the public into this process and hear from your constituents about *their* views on a new redistricting map. We also urge you to consider alternatives that better reflect the city's neighborhoods and residents. For example, at the August 6th workshop many commissioners discussed the need to maintain two zones with 50% Black population, and a third zone at above 40% Black population. These decisions unduly constrain the ability to draw a map that serves all residents, for example by dividing neighborhoods. Other maps may better serve Daytona Beach's neighborhoods, even if they do not have two majority-minority zones. Furthermore, we have concerns that drawing these zones as they are in the proposal currently under consideration may be *packing*, given the robust and commendable electoral success of Black candidates in our city. That suggests concentrating Black voters into zones as the proposed plan does is unjustified and counterproductive to fair representation.

All of the foregoing has led to significant concern by VOTE! members. We hope you will bring the public into this process, listen to your constituents, and develop a map with public input that best reflects our city's communities. The voters select their city commissioners, and commissioners should not be selecting their voters without meaningful public input.

Thank you for your attention.

Sincerely,

Nicholas Sakhnovsky, VOTE! Treasurer, on Behalf of VOTE! Chair Margaret McCalip and VOTE! Members

cc: Deric Feacher, City Manager