**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VOTE!, JOSEPHINE POPE,**
**GABRIELLE ADEKUNLE and**
**VICTOR VALENTIN,**

**Plaintiffs,**

**v.** **Case No.: 6:25-cv-1980-PGB-RMN**

**CITY OF DAYTONA BEACH and**
**LISA LEWIS,**

**Defendants.**
**_________________________________/**

**CITY'S UNOPPOSED MOTION TO RESCHEDULE FINAL PRETRIAL CONFERENCE**

Pursuant to Local Rule 3.08, Defendant, City of Daytona Beach ("City"), files this Unopposed Motion to Reschedule Final Pretrial Conference, currently scheduled for November 2, 2026, and states as follows:

1. On September 25, 2026, the Court entered its Notice of Rescheduling Hearing, Doc. 60, rescheduling the Final Pretrial Conference previously scheduled for October 20, 2026, to November 2, 2026.

2. Earlier the same day, Administrative Law Judge, Robert S. Cohen held a Status Conference, where he informed all parties prior to the entry of this Court's Notice, that an order was to be entered later that day, rescheduling the final hearing in Florida Division of Administrative Hearings ("DOAH") Case No. 26-3482RP to November 2–3, 2026, in Tallahassee, Florida. *See* "**Exhibit A**," Order Rescheduling

Hearing. Rescheduling the DOAH hearing would not only require coordination with the Administrative Law Judge and counsel but would also require coordination with all parties' witnesses for the hearing and adjustment of their travel plans.

3. Lead Counsel for the City, Mohammad O. Jazil, is also Lead Counsel in the DOAH case and would therefore be unable to appear in person, in Orlando, for the Final Pretrial Conference on November 2, 2026.

WHEREFORE, Counsel for City respectfully requests that the Final Pretrial Conference in this matter be rescheduled to another date of the Court's choosing.

Date: September 28, 2026

Respectfully submitted by,

*/s/Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
Valerie L. Chartier-Hogancamp (FBN 1011269)
Randall M. Raban (FBN 1055100)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
vhogancamp@holtzmanvogel.com
rraban@holtzmanvogel.com
kgordon@holtzmanvogel.com
mfischer@holtzmanvogel.com

*Counsel for the City of Daytona Beach*

## LOCAL RULE 3.01(g) CERTIFICATE

I HEREBY CERTIFY that I have conferred by email with counsel for Plaintiffs who do not oppose the relief requested in this Motion, and counsel for Supervisor Lewis, who does not oppose the relief requested in this Motion.

*/s/Mohammad O. Jazil*
Attorney

## CERTIFICATE OF SERVICE

I certify that on September 28, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/Mohammad O. Jazil*
Attorney