# EXHIBIT A

# STATE OF FLORIDA
# DIVISION OF ADMINISTRATIVE HEARINGS

S. F., A MINOR, BY AND THROUGH HER NEXT FRIEND, CRYSTAL WEINRAUB; L.D., A MINOR, BY AND THROUGH THEIR NEXT FRIEND, RUBEN ALVAREZ; J.M., A MINOR, BY AND THROUGH HER NEXT FRIEND, RUBEN ALVAREZ; AND J.L., A MINOR, BY AND THROUGH HIS ATTORNEY, ROBERT LATHAM,

Petitioners,

vs. Case No. 26-3482RP

DEPARTMENT OF CHILDREN AND FAMILIES,

Respondent.
_______________________________________/

ORDER RESCHEDULING HEARING

This cause having come before the undersigned for a Zoom status conference on September 25, 2026, and the undersigned having reviewed the record in this cause, it is, therefore,

ORDERED that:

1. This cause is rescheduled for final hearing on November 2 and 3, 2026, at 9:00 a.m., Eastern Time, at the Division of Administrative Hearings (check with the security guard for hearing room assignment), 2001 Drayton Drive, Tallahassee, Florida. This hearing will have a Zoom conference option allowing witnesses, parties, representatives, and/or counsel to report to either the site indicated above or participate in the hearing via the internet, cellphone, or landline. If appearing by Zoom conference, parties must be in a quiet place at their home, work, or other place of their choosing. Testimony will not be taken from anyone driving a motor vehicle. The Administrative Law Judge will be at the Tallahassee site. Continuances will be granted only by order of the Administrative Law Judge for good cause shown. Failure to appear at this hearing may be grounds for closure of the file without further proceedings.

2. Except as modified herein, all other provisions of the first Notice of Hearing and of the Order of Pre-hearing Instructions shall remain in full force and effect.

3. All subpoenas previously issued and served shall remain in full force and effect for the rescheduled hearing date as to any witness who is provided with a copy of this Order.

4. <u>FILING PLEADINGS, OTHER PAPERS, AND EVIDENCE</u>: The Division of Administrative Hearings ("DOAH") accepts electronic filing of pleadings, other papers, and proposed evidence through its eALJ system. **Counsel and qualified representatives must register to e-file through eALJ.** Parties not represented by counsel or other qualified representatives are strongly encouraged to register to e-file through eALJ. **Registration is available at https://www.doah.state.fl.us/eALJ/Registration.aspx.** Information concerning e-filing pleadings and/or exhibits through eALJ is available at https://www.doah.state.fl.us/eALJSupport/FilingExhibits/story.html.

Parties must submit their proposed exhibits and a notice of filing the proposed exhibits at least two days before the hearing, on or before October 30, 2026. Counsel and qualified representatives must electronically file their proposed exhibits and notice of filing same through eALJ. Parties not represented by counsel or qualified representatives must file their proposed exhibits and the notice of filing: 1) electronically through eALJ after registering to e-file; 2) by U.S. Mail or hand delivery to the Division of Administrative Hearings, 2001 Drayton Drive, Tallahassee, Florida 32311; or 3) by facsimile to (850) 921-6847. If the proposed exhibits are filed by U.S. Mail, they may be provided in PDF format on a thumb/USB drive. The proposed exhibits will not be considered unless they are admitted into evidence during the final hearing.

Copies of documents submitted to DOAH must have **confidential portions redacted** and be provided to the other parties.

5. The agency shall be responsible for preserving the testimony at the final hearing. Fla. Admin. Code R. 28-106.214.

<u>ZOOM HEARING INSTRUCTIONS:</u>

At least 15 minutes before the commencement of the hearing, the parties participating by Zoom conference are instructed to join the hearing by one of the following two methods:

**<u>1. Computer or Cell Phone with Web Camera</u>**– If there is stable access to the internet and either a computer or cell phone with a camera, access the following

website to join the meeting: https://zoom.us/join. Each participant will be prompted to download/run the Zoom application and enter the following information:

**Meeting ID: 691 353 6672**

Participants will be placed in a waiting room until their hearing is called. The participants should immediately enable their computer audio and then start their web camera through the 'Start Video' icon in the tool bar along the bottom of the Zoom window. If you have stable internet access and a computer/cell phone with a camera, this is the preferred method for attending the hearing.

**2. Cell Phone or Landline without Camera**– If a participant does not have stable internet access and/or a computer/cell phone with a camera, they may participate in the hearing by dialing the following number from a cell phone or regular landline phone and entering the following information:

**Telephone Number: (929) 436-2866**
**Meeting ID: 691 353 6672**
**Participant ID: press the pound symbol (#)**

The following procedures shall apply to the Zoom portion of the hearing:

1. Make sure your computer and/or cell phone is fully charged.

2. In order to avoid multiple disruptions, limit participants speaking over each other, and to provide the best overall audio quality, participants are asked to mute their microphones when not speaking. The mute/unmute feature is located at the left-hand side of the bottom of the Zoom window, if using the Zoom application; or by pressing *6, if participating by telephone.

3. Each witness shall be sworn in remotely by the undersigned. Witnesses will need their driver license number or state identification card number, which will be redacted in any transcript of the proceedings.

4. The Zoom recording feature will not be used.

DONE AND ORDERED this 25th day of September, 2026, in Tallahassee, Leon County, Florida.



Case No. 26-3482RP

ROBERT S. COHEN
Administrative Law Judge
DOAH Tallahassee Office

Division of Administrative Hearings
2001 Drayton Drive
Tallahassee, Florida 32311
(850) 488-9675
www.doah.state.fl.us

COPIES FURNISHED:

Robert Allen Latham, Esquire
(eServed)

Ethan Rice, Esquire
(eServed)

Gary V. Perko, Esquire
(eServed)

Rebecca Suzanne Curtiss, Esquire
(eServed)

Stuart Seaborn, Esquire
(eServed)

Mark L. Karasik, Esquire
(eServed)

SaVannah Bentley, Acting General Counsel
(eServed)

Mohammad O. Jazil, Esquire
(eServed)

Jared Young, Esquire
(eServed)

Luna Floyd, Esquire
(eServed)

Marshall Currey Cook, Esquire
(eServed)

Nicholas O'Brien, Esquire
(eServed)

If you are a person with a disability who needs an accommodation in order to participate in a DOAH proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Judge's assistant at least seven days before your scheduled DOAH appearance, or immediately upon receiving this notification if less than seven days. The Judge's assistant may be reached by sending an email to AskDOAH@doah.state.fl.us or calling (850) 488-9675, via 1-800-955-8771 (TTY), 1-800-955-1339 (ASCII), or 1-800-955-8770 (Voice), or 844-963-9710 (Spanish) Florida Relay Service.