UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VOTE!, et al.,

Plaintiffs,

v. CASE NO.: 6:25-cv-01980

CITY OF DAYTONA BEACH, et al,

Defendants.
_________________________________/

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT LISA LEWIS, IN HER OFFICIAL CAPACITY AS SUPERVISOR OF ELECTIONS FOR VOLUSIA COUNTY**

PLEASE TAKE NOTICE of the appearance of Sebrina L. Slack, Esquire, Senior Assistant County Attorney, as counsel in the above-referenced matter for Defendant, Lisa Lewis, in her official capacity as Supervisor of Elections for Volusia County. Please serve copies of all papers filed in this case upon the undersigned.

Dated: September 29, 2026

Respectfully submitted,

/s/ *Sebrina L. Slack*

Sebrina L. Slack, Esquire
Senior Assistant County Attorney
Fla. Bar Number - 0392715
123 W. Indiana Avenue
DeLand, Florida 32720
(386) 736-5950
sslack@volusia.gov
vbustamante@volusia.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2026 the foregoing has been electronically filed with the Clerk of Court via the CM/ECF system which will send a notice of filing and an electronic copy to all counsel of record.

/s/ *Sebrina L. Slack*