**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VOTE!, JOSEPHINE POPE,**
**GABRIELLE ADEKUNLE and**
**VICTOR VALENTIN,**

**Plaintiffs,**

**v.** **Case No.: 6:25-cv-1980-PGB-RMN**

**CITY OF DAYTONA BEACH and**
**LISA LEWIS,**

**Defendants.**
**________________________________/**

**UNOPPOSED MOTION**
**TO APPEAR REMOTELY BY VIDEOCONFERENCE**

Pursuant to Local Rule 3.01 and the Court's Endorsed Order, Doc. 63, Defendant City of Daytona Beach moves for leave for its lead counsel to appear remotely by videoconference at the November 2, 2026, Final Pretrial Conference.

Lead counsel is also lead counsel in the November 2–3, 2026, final hearing in Florida Division of Administrative Hearings Case No. 26-3482RP in Tallahassee. *See* Doc. 61 ¶¶ 2–3 & Ex. A. The Court previously indicated that the Parties may appear remotely "upon a timely request." Doc. 63.

WHEREFORE, the City requests that the Court permit lead counsel to appear remotely by videoconference at the Final Pretrial Conference. If permitted to appear remotely, lead counsel will comply with Local Rule 5.03(e).

Date: October 8, 2026

Respectfully submitted by,

*<u>/s/Mohammad O. Jazil</u>*
Mohammad O. Jazil (FBN 72556)
Valerie L. Chartier-Hogancamp (FBN 1011269)
Randall M. Raban (FBN 1055100)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
vhogancamp@holtzmanvogel.com
rraban@holtzmanvogel.com
kgordon@holtzmanvogel.com
mfischer@holtzmanvogel.com

*Counsel for the City of Daytona Beach*

**LOCAL RULE 3.01(g) CERTIFICATE**

I HEREBY CERTIFY that I have conferred with counsel for Plaintiffs, who do not oppose the relief requested in this Motion.

*/s/Mohammad O. Jazil*
Attorney

**CERTIFICATE OF SERVICE**

I certify that on October 8, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/Mohammad O. Jazil*
Attorney