**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

VOTE!, *et al.*,

*Plaintiffs*,

v. Case No. 6:25-cv-1980-PGB-RMN

CITY OF DAYTONA BEACH, *et al.*,

*Defendants*.

_____________________________________/

**PLAINTIFFS' EXHIBIT LIST
WITH DEFENDANTS' OBJECTIONS**

| Exhibit No. | Description | Objections |
|---|---|---|
| 1 | Sep. 2, 2025 VOTE! letter to Commission (ECF 7-11) | |
| 2 | VOTE! membership list (VOTE-001–3) | |
| 3 | Moy Report tbls. 1–2 and figs. 1–31 | |
| 4 | C.V. of Dr. Bryant Moy | |
| 5 | Kenny Report figs. 1–9 and tbl. 1 | |
| 6 | C.V. of Dr. Christopher Kenny | |
| 7 | City's Responses to Plaintiffs' First RFAs | |
| 8 | City's Responses to Plaintiffs' First Set of Interrogatories | |