**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

VOTE!, *et al.*,

*Plaintiffs*,

v. Case No. 6:25-cv-1980-PGB-RMN

CITY OF DAYTONA BEACH, *et al.*,

*Defendants*.

_______________________________________/

## CITY OF DAYTONA BEACH'S EXHIBIT LIST WITH PLAINTIFFS' OBJECTIONS

| Exhibit No. | Description | Objections |
|---|---|---|
| 1 | Sean Trende, Ph.D., CV | |
| 2 | Trende Report Figure 1: Daytona Beach, Florida, Boundaries | |
| 3 | Trende Report Figure 2: Daytona Beach, census blocks by population density | |
| 4 | Trende Report Figure 3: Blocks in Daytona Beach, greater than 595 residents | |
| 5 | Trende Report Figure 4: Blocks in Daytona Beach, greater than 1% deviation | |
| 6 | Trende Report Figure 5: Blocks in Daytona Beach, by BVAP | |
| 7 | Trende Report Figure 6: Previous Daytona Beach Map, layered over blocks by BVAP | |
| 8 | Trende Report Figure 7: Current Daytona Beach Map, layered over blocks by BVAP | |
| 9 | Trende Report Figure 8: Enacted (black) and Benchmark Plan (blue) boundaries | |
| 10 | Trende Report Figure 9: Enacted (black) and Benchmark Plan (blue) boundaries, District 2 | |
| 11 | Trende Report Figure 10: Enacted (black) and Benchmark Plan (blue) boundaries, District 3 | |
| 12 | Trende Report Figure 11: Enacted (black) and Benchmark Plan (blue) boundaries, District 1 | |

| | | |
|---|---|---|
| 13 | Trende Report Figure 12: Enacted (black) and Benchmark Plan (blue) boundaries, District 4 | |
| 14 | Trende Report Figure 13: Enacted (black) and Benchmark Plan (blue) boundaries, District 5 | |
| 15 | Trende Report Figure 14: Enacted (black) and Benchmark Plan (blue) boundaries, District 6 | |
| 16 | Trende Report Figure 15: Example of two potential spanning trees in 7-precinct set | |
| 17 | Trende Report Figure 16: 7-precinct set with one additional spanning tree removed (left),<br>resulting "districts" (right) | |
| 18 | Trende Report Figure 17: Dotplots, base simulations | |
| 19 | Trende Report Figure 18: Number of Black Majority Districts, Base Simulations | |
| 20 | Trende Report Figure 19: Dotplots, vtd constraint | |
| 21 | Trende Report Figure 20: Dotplots, vtd constraint | |
| 22 | Trende Report Figure 21: Dotplots, vtd constraint | |
| 23 | Trende Report Figure 22: Dotplots, vtd constraint | |
| 24 | Trende Report Table 1: Population Deviations, Benchmark Map | |
| 25 | Trende Report Table 2: Compactness, Benchmark and Enacted Maps | |
| 26 | Trende Report Table 3: Core Retention, Benchmark and Enacted Maps | |
| 27 | Census Data Reviewed by Sean P. Trende, Ph.D. (Composite) | |
| 28 | Previous Election Results (Composite) | Relevance |