**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VOTE!, *et al.*,

*Plaintiffs*,

v. Case No. 6:25-cv-1980-PGB-RMN

CITY OF DAYTONA BEACH, *et al.*,

*Defendants*.

_______________________________________/

**JOINT EXHIBIT LIST**

| No. | Description |
|---|---|
| 1 | Ordinance 2025-370 |
| 2 | Aug. 6, 2025 Commission Workshop Transcript |
| 3 | Aug. 20, 2025 Commission Meeting Transcript |
| 4 | Sep. 3, 2025 Commission Meeting Transcript |
| 5 | Oct. 1, 2025 Commission Meeting Transcript |
| 6 | Aug. 6, 2025 Commission Workshop Video |
| 7 | Aug. 20, 2025 Commission Meeting Video |
| 8 | Sep. 3, 2025 Commission Meeting Video |
| 9 | Oct. 1, 2025 Commission Meeting Video |
| 10 | May 28, 2025 Kurt Spitzer Memorandum Re: Common Redistricting Criteria |
| 11 | July 17, 2025 Kurt Spitzer Memorandum Re: Proposed Redistricting Plan |
| 12 | Aug. 6, 2025 Kurt Spitzer Powerpoint Presentation |
| 13 | Aug. 14, 2025 City Attorney Memorandum re Redistricting Ordinance |
| 14 | Aug. 26, 2025 Kurt Spitzer Memorandum Re: Comparison of Proposed Redistricting Alternatives 1, 1A and 1B |
| 15 | Sep. 2, 2025 Kurt Spitzer Memorandum Re: Proposed Commissioner Zones – Alternative 1 Final Report |
| 16 | Sep. 8, 2025 Kurt Spitzer Memorandum Re: Proposed Commissioner Zones – Alternative 1B-1 Final Report |