IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VOTE!, et al.,

*Plaintiffs*,

v. Case No. 6:25-cv-1980

CITY OF DAYTONA BEACH, et al.,

*Defendants*.
_______________________________/

**DEFENDANT'S NOTICE OF REDISTRICTING**

Defendant, City of Daytona Beach (the "City"), by and through undersigned counsel, files this Notice of Redistricting and states as follows:

1. On October 21, 2026, the City Commission adopted Resolution No. 2026-347 (the "Resolution"), establishing a timeline and public process for adopting a redistricting ordinance before the 2028 municipal election.

2. The Affidavit of City Manager Deric C. Feacher, which includes a certified copy of the Resolution, is attached as **Exhibit A**.

3. The Resolution provides for a publicly noticed community meeting during the week of November 9, 2026, first reading of the ordinance on November 18, 2026, and second reading and a public hearing on December 2, 2026. Proposed zone

boundary maps and related information are available for public viewing in the City Hall lobby and on the City's website through December 2, 2026.

4. Consistent with Local Rule 3.06(a), the parties discussed settlement at the final pretrial meeting and filed their joint final pretrial statement. Doc. 68. Following the filing of this Notice, the City will continue to confer with Plaintiffs' counsel regarding settlement in light of the Resolution and will advise the Court of any settlement progress.

5. The City will supplement this Notice as appropriate to advise the Court of the Commission's action on the proposed redistricting ordinance.

Dated: October 28, 2026

Respectfully submitted by,

/s/Valerie L. Chartier-Hogancamp
Mohammad O. Jazil (FBN 72556)
Valerie L. Chartier-Hogancamp (FBN 1011269)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
vhogancamp@holtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for the City of Daytona Beach*

**CERTIFICATE OF SERVICE**

I certify that on October 28, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/Valerie L. Chartier-Hogancamp
Valerie L. Chartier-Hogancamp