# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VOTE!, et al.,**

***Plaintiffs*,**

**v.** **Case No. 6:25-cv-1980**

**CITY OF DAYTONA BEACH, et al.,**

***Defendants*.**

______________________________/

**AFFIDAVIT**

STATE OF FLORIDA)
COUNTY OF VOLUSIA)

ON THIS DATE, before me, the undersigned authority, personally appeared DERIC C. FEACHER, who is personally known to me, and who being first duly sworn deposes and says:

1. I am over the age of eighteen (18) and have personal knowledge of the facts contained herein.

2. I have been continuously employed by the City of Daytona Beach since June 1, 2021. My title is City Manager. Under the City of Daytona Beach Charter, I am the City's Chief Executive Officer, and responsible for all administrative affairs of the City.

3. On October 21, 2026, the City Commission approved City Resolution No. 2026-347, which establishes a timeline for adoption of a new redistricting ordinance. An official certified copy of the Resolution is attached as Exhibit A.

4. The Resolution provides that the proposed redistricting ordinance will be presented to the City Commission for first reading at its November 18, 2026, meeting and for second reading and a public hearing adoption at its December 2, 2026, meeting.

5. In accordance with the Resolution, alternate commissioner zone boundary maps and related information have been placed in City Hall lobby located at 301 S. Ridgewood Avenue Daytona Beach, FL 32114 and will remain there for public view through December 2, 2026, during business hours.

6. Also in accordance with the Resolution, the proposed commissioner zone boundary maps and related information have been posted on the City's website and made available for public viewing through December 2, 2026. The link to the website is: www.DaytonaBeach.gov/Redistricting.

**Deric C. Feacher, Affiant**
**City Manager,**
**City of Daytona Beach**

SWORN TO AND SUBSCRIBED before me this 28th day of October, 2026.

NOTARY PUBLIC-STATE OF FLORIDA
My commission Expires:

LONETH M. SOARES
Notary Public - State of Florida
Commission # HH 408274
My Comm. Expires Jun 7, 2027
Bonded through National Notary Assn.

RESOLUTION NO. 2026-347

A RESOLUTION ADOPTING A TIMELINE AND PUBLIC PROCESS FOR ADOPTION OF A REDISTRICTING ORDINANCE TO TAKE EFFECT IN TIME FOR THE 2028 MUNICIPAL ELECTION; PROVIDING FOR PUBLIC ACCESS TO PROPOSED MAPS AND POPULATION DATA; AND PROVIDING AN EFFECTIVE DATE.

WHEREAS, a proposed timeline for adoption of a redistricting plan has been developed with the advice the City's litigation counsel in *Vote!, Josephine Pope, Gabrielle Adekunkle and Victor Valentin v. City of Daytona Beach and Lisa Lewis*, Case No. 6:25-cv-1980-PGB-RMN, pending in federal district court; and

WHEREAS, as proposed, the timeline provides for:

- a public noticed community meeting concerning alternative redistricting plans shall be held during the week of November 9, 2026, on a date, at a time, and at a location established and noticed by the City in accordance with applicable law; and
- the redistricting ordinance to be presented to the City Commission for first reading at its meeting on November 18, 2026; and
- the redistricting ordinance to be presented to the City Commission for second reading and public hearing at its meeting on December 2, 2026; and

WHEREAS, the City Commission finds that advance public access to proposed zone-boundary maps and supporting population data, together with a publicly noticed community meeting and public hearings, will promote informed public participation in the redistricting process.

NOW, THEREFORE, BE IT RESOLVED BY THE CITY COMMISSION OF THE CITY OF DAYTONA BEACH, FLORIDA:

SECTION 1. The City Commission hereby adopts the timeline and public process set forth in the Recitals for consideration and adoption of a redistricting ordinance intended to take effect in time for the 2028 municipal election.

SECTION 2. This Resolution shall take effect immediately upon its adoption.

DERRICK L. HENRY
Mayor

ATTEST:

LETITIA LAMAGNA
City Clerk

Adopted: October 21, 2026

STATE OF FLORIDA )

COUNTY OF VOLUSIA )

I, Letitia LaMagna, City Clerk, and custodian of the official records of The City of Daytona Beach, Florida, do hereby certify that the attached is a true and correct copy of Resolution No. 2026-347 of the City Commission Meeting adopted October 21, 2026, as it appears in the files and records of The City of Daytona Beach.

IN WITNESS WHEREOF, I have hereunto set my hand as such City Clerk and affixed hereto the official seal of The City of Daytona Beach, Florida, on this 27th Day of October, 2026.

LETITIA LAMAGNA
CITY CLERK