# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
**Final Pretrial Conference**

**Case Number: 6:25-cv-1980-PGB-RMN**

**VOTE!, et al,**

**Plaintiff,**

**Plaintiff's Counsel: Nicholas Warren, Daniel Tilley, Natassia Janvier, Caroline McNamara**

**v.**

**City of Daytona Beach, et al,**

**Defendant.**

**Defense Counsel: Mohammed Jazil, Valerie Chartier-Hogancamp, Sebrina Slack**

| | | | |
|---|---|---|---|
| Judge: | **Paul G. Byron** | Court Reporter | Nikki Peters<br>courttranscripts@outlook.com |
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | November 2, 2026 | Time: | 1:31 PM – 1:43 PM<br>12 minutes |

Case called. Appearances taken.

The parties estimate that the trial will take 1-2 days.

The case is set for a Status Conference on January 4, 2027 at 4:00 PM. The trial is set for January 28, 2027 at 9:00 AM.

Court adjourned.